Alexa M. Lawson-Remer (SBN 268855)
lawsonr@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone:   (310) 712-6600
Facsimile:    (310) 712-8800

Theodore Edelman (*pro hac vice*)
edleman@sullcrom.com
Jessica Klein (*pro hac vice*)
kleinj@sullcrom.com
Lauren M. Goldsmith (SBN 293269)
goldsmithl@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone:   (212) 558-4000
Facsimile:    (212) 558-3588

Aaron C. Morris (*pro hac vice*)
amorris@immigrationequality.org
IMMIGRATION EQUALITY
40 Exchange Place, Suite 1300
New York, New York 10005-2744
Telephone:   (212) 714-2904

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION (LOS ANGELES)

| | |
|---|---|
| ANDREW MASON DVASH-BANKS AND E.J. D.-B., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF STATE, and THE HONORABLE MICHAEL R. POMPEO, Secretary of State, <br><br> Defendants. | Case No. 2:18-cv-00523-JFW-(JCx) <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Judge:         Hon. John F. Walter <br> Hearing Date: February 4, 2019 <br> Hearing Time: 1:30 P.M. <br> Courtroom:    7A |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on February 4, 2019 at 1:30 P.M., or as soon thereafter as the matter may be heard, before the Honorable John F. Walter, United States District Judge for the Central District of California, located in Courtroom 7A, 350 W. 1st Street, Los Angeles, California 90012, Plaintiffs Andrew Mason Dvash-Banks ("Andrew") and, by and through his guardian *ad litem*, E.J. D.-B. ("E.J." and collectively, "Plaintiffs") will, and hereby do, move for summary judgment with respect to the Due Process Clause of the Fifth Amendment claim on behalf of both Plaintiffs and, with respect to the 8 U.S.C. § 1503 claim, on behalf of E.J. on the following grounds:

1.     Defendants' policy of considering to be born "out of wedlock" under 8 U.S.C. § 1409 of the Immigration and Nationality Act ("INA") a child born during the marriage of spouses who are not both the biological parents of that child unconstitutionally infringes the right to marry by unfairly burdening and stigmatizing same-sex marriage and depriving same-sex spouses and their children of the full constellation of rights and benefits of marriage in violation of the Due Process Clause of the Fifth Amendment.  Plaintiffs have suffered injuries and will suffer further irreparable harm to their constitutional rights under the Fifth Amendment if the State Department's policy is not declared unconstitutional and enjoined.

2.     E.J. D.-B. meets all of the statutory criteria for U.S. citizenship at birth under Section 301(g) of the INA (8 U.S.C. § 1401) and is therefore entitled to be declared a U.S. citizen at birth under 8 U.S.C. §1503(a) and 28 U.S.C. § 2201.

Plaintiffs further request that the Court award in conjunction with this motion such other and further relief as the Court deems just and proper.

This motion is based on this Notice of Motion and Motion and the following documents: the concurrently-filed Memorandum of Points and

-1-

1    Authorities; the concurrently-lodged Statement of Uncontroverted Facts and

2    Conclusions of Law; the concurrently-filed Declaration of Alexa Lawson-Remer

3    and exhibits thereto; the concurrently-filed Declaration of Andrew Dvash-Banks

4    and exhibits thereto; and the concurrently-lodged Proposed Order, and all

5    pleadings on file in this matter, and any additional evidence or argument properly

6    considered by the Court or to be received by the Court at the hearing on this

7    matter.

8             This motion is made following the conferences of counsel pursuant to

9    L.R. 7-3, which took place on December 21, 2018 and January 2, 2019.  *See* Joint

10   Statement Regarding Local Rule 7-3 Conference, Dkt. 77.

11

12   Dated:        January 7, 2019              Respectfully submitted,

13                                      By: /s/ Alexa M. Lawson-Remer
                                            Alexa M. Lawson-Remer (SBN 268855)
14                                          lawsonr@sullcrom.com
                                            SULLIVAN & CROMWELL LLP
15                                          1888 Century Park East, Suite 2100
                                            Los Angeles, California 90067-1725
16                                          Telephone:  (310) 712-6600
                                            Facsimile:   (310) 712-8800
17
                                            Theodore Edelman (*pro hac vice*)
18                                          edlemant@sullcrom.com
                                            Jessica Klein (*pro hac vice*)
19                                          kleinj@sullcrom.com
                                            Lauren M. Goldsmith (SBN 293269)
20                                          goldsmithl@sullcrom.com
                                            SULLIVAN & CROMWELL LLP
21                                          125 Broad Street
                                            New York, New York 10004-2498
22                                          Telephone:  (212) 558-4000
                                            Facsimile:   (212) 558-3588
23
                                            Aaron C. Morris (*pro hac vice*)
24                                          amorris@immigrationequality.org
                                            IMMIGRATION EQUALITY
25                                          40 Exchange Place, Suite 1300
                                            New York, New York 10005-2744
26                                          Telephone:  (212) 714-2904

27                                          *Attorneys for Plaintiffs*

28

-2-