Alexa M. Lawson-Remer (SBN 268855)
lawsonr@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone:  (310) 712-6600
Facsimile:  (310) 712-8800

Theodore Edelman (*pro hac vice*)
edlemant@sullcrom.com
Jessica Klein (*pro hac vice*)
kleinj@sullcrom.com
Lauren M. Goldsmith (SBN 293269)
goldsmithl@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

Aaron C. Morris (*pro hac vice*)
amorris@immigrationequality.org
IMMIGRATION EQUALITY
40 Exchange Place, Suite 1300
New York, New York 10005-2744
Telephone:  (212) 714-2904

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION (LOS ANGELES)

| | |
|---|---|
| ANDREW MASON DVASH-BANKS AND E.J. D.-B.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF STATE, and THE HONORABLE MICHAEL R. POMPEO, Secretary of State,<br><br>Defendants. | Case No. 2:18-cv-00523-JFW-JCx<br><br>**APPENDIX A TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:         Hon. John F. Walter<br>Hearing Date: Feb. 4, 2018<br>Courtroom:    7A |

8 U.S.C.A. § 1401

§ 1401. Nationals and citizens of United States at birth

Currentness

The following shall be nationals and citizens of the United States at birth:

**(a)** a person born in the United States, and subject to the jurisdiction thereof;

**(b)** a person born in the United States to a member of an Indian, Eskimo, Aleutian, or other aboriginal tribe: *Provided*, That the granting of citizenship under this subsection shall not in any manner impair or otherwise affect the right of such person to tribal or other property;

**(c)** a person born outside of the United States and its outlying possessions of parents both of whom are citizens of the United States and one of whom has had a residence in the United States or one of its outlying possessions, prior to the birth of such person;

**(d)** a person born outside of the United States and its outlying possessions of parents one of whom is a citizen of the United States who has been physically present in the United States or one of its outlying possessions for a continuous period of one year prior to the birth of such person, and the other of whom is a national, but not a citizen of the United States;

**(e)** a person born in an outlying possession of the United States of parents one of whom is a citizen of the United States who has been physically present in the United States or one of its outlying possessions for a continuous period of one year at any time prior to the birth of such person;

**(f)** a person of unknown parentage found in the United States while under the age of five years, until shown, prior to his attaining the age of twenty-one years, not to have been born in the United States;

**(g)** a person born outside the geographical limits of the United States and its outlying possessions of parents one of whom is an alien, and the other a citizen of the United States who, prior to the birth of such person, was physically present in the United States or its outlying possessions for a period or periods totaling not less than five years, at least two of which were after attaining the age of fourteen years: *Provided*, That any periods of honorable service in

the Armed Forces of the United States, or periods of employment with the United States Government or with an international organization as that term is defined in section 288 of Title 22 by such citizen parent, or any periods during which such citizen parent is physically present abroad as the dependent unmarried son or daughter and a member of the household of a person (A) honorably serving with the Armed Forces of the United States, or (B) employed by the United States Government or an international organization as defined in section 288 of Title 22, may be included in order to satisfy the physical-presence requirement of this paragraph. This proviso shall be applicable to persons born on or after December 24, 1952, to the same extent as if it had become effective in its present form on that date; and

**(h)** a person born before noon (Eastern Standard Time) May 24, 1934, outside the limits and jurisdiction of the United States of an alien father and a mother who is a citizen of the United States who, prior to the birth of such person, had resided in the United States.

## CREDIT(S)

(June 27, 1952, c. 477, Title III, ch. 1, § 301, 66 Stat. 235; Pub.L. 89-770, Nov. 6, 1966, 80 Stat. 1322; Pub.L. 92-584, §§ 1, 3, Oct. 27, 1972, 86 Stat. 1289; Pub.L. 95-432, §§ 1, 3, Oct. 10, 1978, 92 Stat. 1046; Pub.L. 99-653, § 12, Nov. 14, 1986, 100 Stat. 3657; Pub.L. 103-416, Title I, § 101(a), Oct. 25, 1994, 108 Stat. 4306.)

8 U.S.C.A. § 1401, 8 USCA § 1401
Current through P.L. 115-281. Also includes P.L. 115-283 to 115-306, 115-308 to 115-324. Title 26 current through P.L. 115-324.

8 U.S.C.A. § 1409

§ 1409. Children born out of wedlock

Currentness

**(a)** The provisions of paragraphs (c), (d), (e), and (g) of section 1401 of this title, and of paragraph (2) of section 1408 of this title, shall apply as of the date of birth to a person born out of wedlock if--

    **(1)** a blood relationship between the person and the father is established by clear and convincing evidence,

    **(2)** the father had the nationality of the United States at the time of the person's birth,

    **(3)** the father (unless deceased) has agreed in writing to provide financial support for the person until the person reaches the age of 18 years, and

    **(4)** while the person is under the age of 18 years--

        **(A)** the person is legitimated under the law of the person's residence or domicile,

        **(B)** the father acknowledges paternity of the person in writing under oath, or

        **(C)** the paternity of the person is established by adjudication of a competent court.

**(b)** Except as otherwise provided in section 405 of this Act, the provisions of section 1401(g) of this title shall apply to a child born out of wedlock on or after January 13, 1941, and before December 24, 1952, as of the date of birth, if the paternity of such child is established at any time while such child is under the age of twenty-one years by legitimation.

**(c)** Notwithstanding the provision of subsection (a) of this section, a person born, after December 23, 1952, outside the United States and out of wedlock shall be held to have acquired at birth the nationality status of his mother, if the mother had the nationality of the United States at the time of such person's birth, and if the mother had previously been physically present in the United States or one of its outlying possessions for a continuous period of one year.

**CREDIT(S)**

(June 27, 1952, c. 477, Title III, ch. 1, § 309, 66 Stat. 238; Pub.L. 97-116, § 18(l), Dec. 29, 1981, 95 Stat. 1620; Pub.L. 99-653, § 13, Nov. 14, 1986, 100 Stat. 3657; Pub.L. 100-525, §§ 8(k), 9(r), Oct. 24, 1988, 102 Stat. 2617, 2621.)

8 U.S.C.A. § 1409, 8 USCA § 1409
Current through P.L. 115-281. Also includes P.L. 115-283 to 115-306, 115-308 to 115-324. Title 26 current through P.L. 115-324.

8 U.S.C.A. § 1503

§ 1503. Denial of rights and privileges as national

Currentness

**(a) Proceedings for declaration of United States nationality**

If any person who is within the United States claims a right or privilege as a national of the United States and is denied such right or privilege by any department or independent agency, or official thereof, upon the ground that he is not a national of the United States, such person may institute an action under the provisions of section 2201 of Title 28 against the head of such department or independent agency for a judgment declaring him to be a national of the United States, except that no such action may be instituted in any case if the issue of such person's status as a national of the United States (1) arose by reason of, or in connection with any removal proceeding under the provisions of this chapter or any other act, or (2) is in issue in any such removal proceeding. An action under this subsection may be instituted only within five years after the final administrative denial of such right or privilege and shall be filed in the district court of the United States for the district in which such person resides or claims a residence, and jurisdiction over such officials in such cases is conferred upon those courts.