Alexa M. Lawson-Remer (SBN 268855)
lawsonr@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone:   (310) 712-6600
Facsimile:   (310) 712-8800

Theodore Edelman (*pro hac vice*)
edlemant@sullcrom.com
Jessica Klein (*pro hac vice*)
kleinj@sullcrom.com
Lauren M. Goldsmith (SBN 293269)
goldsmithl@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone:   (212) 558-4000
Facsimile:   (212) 558-3588

Aaron C. Morris (*pro hac vice*)
amorris@immigrationequality.org
IMMIGRATION EQUALITY
40 Exchange Place, Suite 1300
New York, New York 10005-2744
Telephone:   (212) 714-2904

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION (LOS ANGELES)

| | |
|---|---|
| ANDREW MASON DVASH-BANKS AND E.J. D.-B., <br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF STATE, and THE HONORABLE MICHAEL R. POMPEO, Secretary of State,<br><br>Defendants. | Case No. 2:18-cv-00523-JFW-JCx<br><br>**DECLARATION OF ALEXA LAWSON-REMER IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:   Hon. John F. Walter<br>Hearing Date: February 4, 2019<br>Courtroom:   7A |

I, ALEXA LAWSON-REMER, declare as follows:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am an associate at Sullivan & Cromwell LLP, and am one of the attorneys representing Plaintiffs *pro bono* in the above-captioned action ("Action"). I submit this declaration in support of Plaintiffs' Motion for Partial Summary Judgment, filed concurrently herewith. I have personal knowledge of the facts set forth in this declaration and, if called upon, could and would testify to those facts.

2. Attached to this declaration as Exhibit A is a true and correct copy of excerpts of the *Transcript of the Deposition of Paul Peek*, Defendant the United States Department of State's designee under Federal Rule of Civil Procedure 30(b)(6), conducted on December 20, 2018, in Washington, D.C. as part of discovery in this Action.

3. Attached to this declaration as Exhibit B is a true and correct copy of excerpts of the *Transcript of the Deposition of Frances Terri Day*, conducted on December 20, 2018, in Charlotte, North Carolina as part of discovery in this Action.

4. Attached to this declaration as Exhibit C is a true and correct copy of excerpts of the *Transcript of the Deposition of Andrew Dvash-Banks*, conducted on December 12, 2018, in Los Angeles, California as part of discovery in this Action.

5. Attached to this declaration as Exhibit D is a true and correct copy of excerpts of the *Transcript of the Deposition of Margaret Ramsay*, conducted on December 7, 2018, at the United States Consulate in Toronto, Canada as part of discovery in this Action.

6. Attached to this declaration as Exhibit E is a true and correct copy of excerpts of the *Transcript of the Deposition of Larilyn Reffett*, conducted

on December 6, 2018, at the United States Consulate in Toronto, Canada as part of discovery in this Action.

7. Attached to this declaration as Exhibit F is a true and correct copy of excerpts of *Plaintiffs' Responses to Defendants' First Set of Discovery Responses*, served on November 19, 2018.

8. Attached to this declaration as Exhibit G is a true and correct copy of excerpts of the *Administrative Record*, filed by Defendants on January 4, 2019 as Docket No. 80 and authenticated by Defendants therein. That *Administrative Record* contains eight documents on which Plaintiffs rely. For ease of reference, Plaintiffs have segregated each of those eight documents contained within the *Administrative Record* as follows:

   a. Exhibit G-1: Application for a Consular Report of Birth Abroad of a Citizen of the United States of America, without exhibits, submitted on behalf of plaintiff E.J.D.-B. ("E.J.");
   b. Exhibit G-2: Application for a U.S. Passport, without exhibits, submitted on behalf of E.J.;
   c. Exhibit G-3: Marriage License for Andrew Dvash-Banks and Elad Dvash-Banks;
   d. Exhibit G-4: Surrogacy Agreement between Andrew Dvash-Banks, Elad Dvash-Banks and the surrogate who carried E.J. and his twin brother, A.J.D.-B.;
   e. Exhibit G-5: Statement of Live Birth of E.J. from the Ontario Office of the Registrar General;
   f. Exhibit G-6: Ontario Superior Court of Justice Order dated September 28, 2016;
   g. Exhibit G-7: Letter from Viaguard Accu-Metrics dated January 30, 2017; and

      h. Exhibit G-8: Letter from Frances Terri Day to Andrew Dvash-Banks dated March 2, 2017.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed this 7th day of January, 2019 in Los Angeles, California.

_____
Alexa Lawson-Remer