# EXHIBIT C

# In The Matter Of:

### Andrew Mason Dvash-Banks
### *v.*
### Michael R. Pompeo

---

### *Andrew Mason Dvash-Banks VOL I*

### *December 12, 2018*

---



17835 Ventura Blvd. Suite 310 Encino, CA 91316
P 888.272.0022 F 818.343.7119
www.benhyatt.com

BH CDR Job # **1090988**
number of pages 178

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION


ANDREW MASON DVASH-BANKS,     )  Case No.
et al.,                       )  2:18-cv-00523-JFW
                              )  (JCx)
        Plaintiffs,           )
                              )
     v.                       )
                              )
MICHAEL R. POMPEO, in his     )
official capacity as U.S.     )
Secretary of State, et al.,   )
                              )
        Defendants.           )
_____)


DEPOSITION OF ANDREW MASON DVASH-BANKS

Taken Wednesday, December 12, 2018

At 12:00 P.M.

At 1888 Century Park East

Los Angeles, California


Reported by:  DONNA J. RUDOLPH, RPR, CA. CSR NO.
9652, NV. CCR NO. 420

Andrew Mason Dvash-Banks - 12/12/2018

```
 1              DEPOSITION OF ANDREW MASON DVASH-BANKS,

 2    taken at 1888 Century Park East, Los Angeles,

 3    California, on Wednesday, December 12, 2018, at

 4    12:00 P.M., before Donna J. Rudolph, RPR, Certified

 5    Shorthand Reporter, in and for the State of

 6    California.

 7    APPEARANCES:

 8    For Plaintiff:

 9              SULLIVAN & CROMWELL, LLP
               BY:  ALEXA M. LAWSON-REMER, ESQ.
10             1888 Century Park East
               Los Angeles, California  91167
11             (310)712-6697
               lawsonr@sullcrom.com
12
               SULLIVAN & CROMWELL, LLP
13             BY:  REBEKAH T. RAYBUCK, ESQ.
               1870 Embarcadero Road
14             Palo Alto, California  94303
               (650)461-5674
15             raybuckr@sullcrom.com

16    For Defendant:

17             UNITED STATES DEPARTMENT OF JUSTICE
               BY:  LISA ZEIDNER MARCUS, ESQ.
18                  Civil Division
               Federal Programs Branch
19             P.O. Box 883
               Washington, DC  20044
20             (202)514-3336
               lisa.marcus@usdoj.gov
21

22

23

24                     *  *  *  *  *

25
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Plaintiffs' Partial Summary Judgment Exhibit C
Page 110

Andrew Mason Dvash-Banks - 12/12/2018

```
 1                    I N D E X

 2      ANDREW MASON DVASH-BANKS

 3                                              Page

 4      By Ms. Zeidner Marcus                      4

 5      By Ms. Lawson-Remer                      164

 6

 7                    E X H I B I T S

 8      Number           Description            Page

 9      Defendant's 2   Privacy Release Form     155

10      Plaintiffs' 9   Plaintiffs' Responses to
                        Defendants' First Set of
11                      Discovery Requests, dated
                        11-19-18                  168
12

13      Previously Marked Exhibits
        (Attached For Reference Only)
14
        Exhibit 5
15      Exhibit 8
        Exhibit 9
16

17

18      Information Requested:   (None)

19

20

21

22

23

24

25
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Plaintiffs' Partial Summary Judgment Exhibit C
Page 111

Andrew Mason Dvash-Banks - 12/12/2018

```
 1                  LOS ANGELES, CALIFORNIA

 2               WEDNESDAY, DECEMBER 12, 2018

 3                      12:00 P.M.

 4

 5             ANDREW MASON DVASH-BANKS,

 6    called as a witness, being first duly sworn to tell

 7      the truth, the whole truth, and nothing but the

 8                 truth, testified as follows:

 9

10                      EXAMINATION

11   BY MS. ZEIDNER MARCUS:

12        Q    Good afternoon, Mr. Dvash-Banks.

13        A    Good afternoon.

14        Q    I am Lisa Zeidner Marcus, trial attorney,

15   U.S. Department of Justice.  I represent the

16   defendants in this matter, the U.S. Department of

17   State and the Secretary of State, who is sued in his

18   official capacity.

19             I'm going to ask the other attorneys who

20   are present today to identify themselves for the

21   record.

22             MS. LAWSON-REMER:  Good afternoon.  Alexa

23   Lawson-Remer from Sullivan & Cromwell, appearing pro

24   bono on behalf of plaintiff Andrew Dvash-Banks and

25   the minor EJ DB, Dvash-Banks.
```

Page  4

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Andrew Mason Dvash-Banks - 12/12/2018

```
 1        A    Sorry.  I just want to make --

 2        Q    -- if you have one.

 3        A    -- make sure, like, I fully understand

 4   your question.  So the substance -- the substance of

 5   the deposition did I discuss with anyone other than

 6   my attorneys or my spouse?  The answer's no.  The

 7   substance.

 8        Q    You know, you might have talked about the

 9   logistics that you had a deposition.  But you

10   didn't -- do I understand you correct to say that

11   you didn't discuss the -- the substance of the case

12   with anybody prior -- in preparation for the

13   deposition prior to today other than your attorneys

14   and your spouse?

15        A    Discuss in preparation for the deposition,

16   I did not.  No.

17        Q    Okay.  This is a yes-or-no question.  Did

18   you bring any documents with you today to the

19   deposition?

20        A    No.

21        Q    Mr. Dvash-Banks, can you tell us where and

22   when you were born.

23        A    Yeah.

24        Q    And where were you born?

25        A    I was born in Santa Monica, California.
```

Page 13

Andrew Mason Dyash-Banks - 12/12/2018

```
 1        Q    What year were you born?

 2        A    1981.

 3        Q    Did you generally grow up in Santa Monica?

 4        A    No.

 5        Q    Can you quickly take us through the places

 6   that you lived prior to leaving your parents' home.

 7        A    Prior to leaving my parents' home.  What

 8   do you mean by "leaving"?

 9        Q    You lived with your parents when you were

10   a child?

11        A    Yes.

12        Q    And in what locations did you guys live?

13        A    We lived in a few different locations.

14   Primarily in Beverly Hills, California.

15        Q    Before you were 18, did you ever live

16   abroad?

17        A    Before I was 18, did I ever live abroad?

18   What do you mean by "live"?  Like, really, like,

19   what do you mean by "live"?

20        Q    Spent more than three months.

21        A    More than three months, no.

22        Q    Okay.  Have a permanent residence abroad

23   at any time?

24        A    No.

25        Q    Okay.  And your parents, where were they
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

**Andrew Mason Dyash-Banks - 12/12/2018**

```
 1   born?

 2        A    Toronto.  Both of them in Toronto.

 3        Q    What is their citizenship?

 4        A    My father's deceased.

 5        Q    Sorry.

 6        A    Thanks.  And my mother is a dual citizen.

 7        Q    Of what country?

 8        A    United States and Canada.

 9        Q    And what is your citizenship status?

10        A    Dual citizen.

11        Q    Of the same countries?

12        A    Of the same countries, yeah.

13        Q    Okay.  Can you take us through your

14   educational background briefly.

15        A    Briefly?  No.

16        Q    Medium briefly?

17        A    Okay.  My educational background, I have a

18   high school degree, I have a bachelor's degree, and

19   I have a master's degree.

20        Q    Where did you obtain your high school

21   degree?

22        A    At Beverly Hills High School.

23        Q    Where did you obtain your bachelor's

24   degree?

25        A    UC Santa Barbara.
```

Page 15

Andrew Mason Dvash-Banks - 12/12/2018

```
 1        Q    Okay.  And how long did your -- what year
 2   did you enroll in graduate -- in your graduate
 3   studies?
 4        A    2007.
 5        Q    Were you enrolled in a three-year program?
 6        A    No.  It was a two-year program.
 7        Q    Did you -- I understood before you said
 8   you obtained your degree in 2010.  Did you take a
 9   break during your studies?
10        A    I did a third year to write my master's
11   thesis.
12        Q    What was the topic of your master's
13   thesis?
14        A    It was the Israeli-Syrian peace
15   negotiations and comparing -- a whole other topic.
16   I could go on and on about that, but --
17        Q    Sure.  Another time.
18        A    Another time.  Interesting stuff.
19        Q    Definitely.
20             After you obtained your master's degree,
21   what did you do for work, if anything?
22        A    After I obtained my master's degree, I
23   moved to Toronto, Canada.
24        Q    Why did you move to Toronto?
25        A    Because I couldn't at the time move to the
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Andrew Mason Dvash-Banks - 12/12/2018

```
 1    United States.

 2         Q    Why was that?

 3         A    Because I couldn't sponsor the man that I

 4    had fallen in love with to immigrate to the United

 5    States with me.

 6         Q    When did you meet this man?

 7         A    I met him in March of 2008.

 8         Q    What is his name?

 9         A    Elad Dvash-Banks.

10         Q    And you're now married to Mr. Elad

11    Dvash-Banks; is that correct?

12         A    Yes.

13         Q    Congratulations.

14         A    Thank you.

15         Q    In March 2008, where did you meet?

16         A    At a Purim party.  Purim is a Jewish

17    Halloween.

18         Q    I won't ask about your costume.

19         A    Please don't.

20         Q    Where -- in what country or --

21         A    In Tel Aviv.  At the University of Tel

22    Aviv.

23         Q    Were you -- this is during the time that

24    you were a student --

25         A    Correct.
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com**

Plaintiffs' Partial Summary Judgment Exhibit C
Page 117

Andrew Mason Dvash-Banks - 12/12/2018

```
1        Q    -- working on your master's?

2        A    Correct.

3             MS. LAWSON-REMER:  Wait until she finishes

4    her question.

5             THE WITNESS:  Okay.

6    BY MS. ZEIDNER MARCUS:

7        Q    I will admit for the record and out loud

8    that sometimes I have the habit of talking slowly

9    while still thinking about what I am trying to say.

10   So that is why, you know, it may be hard to -- to

11   know always when I've stopped, but I will try to

12   look up and look at you when I'm finished with my

13   question.

14       A    Okay.

15       Q    What year did you move to Toronto?

16       A    2010.

17       Q    Were you able to sponsor Elad as an

18   immigrant to Toronto, Canada?

19       A    In 2010?

20       Q    Yeah.

21       A    I didn't sponsor him in 2010.

22       Q    When did you -- did you sponsor him later

23   for -- for Canada?

24       A    I'm not sure how the legal immigration --

25   like, the terminology, but in 2010, we submitted our
```

Page 20

Plaintiffs' Partial Summary Judgment Exhibit C
Page 118

Andrew Mason Dvash-Banks - 12/12/2018

1  application, if that answers the question.

2      Q    Sure.

3      A    Yeah, okay.

4      Q    I was trying to understand and reflect

5  back on an earlier answer that you gave to one of my

6  questions.

7      A    Uh-huh.

8      Q    When I asked you why you moved to Toronto,

9  I recalled that -- what you said then.  Do you

10  recall what your testimony was as to why you moved

11  to Toronto?

12      A    Yeah.  Yes.

13      Q    Do you recall that you said because you

14  couldn't sponsor Elad as an immigrant to the United

15  States at that time?

16           MS. LAWSON-REMER:  Objection to the extent

17  it mischaracterizes the testimony.

18  BY MS. ZEIDNER MARCUS:

19      Q    Do you recall saying that?  You can answer

20  the question.

21      A    I recall saying that, yeah.

22      Q    Is that an accurate reason why you moved

23  to Toronto?

24      A    Yes.

25      Q    And I was trying to understand if you

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Plaintiffs' Partial Summary Judgment Exhibit C
Page 119

Andrew Mason Dvash-Banks - 12/12/2018

```
1    had -- I was trying to understand how Canada

2    compared to the United States in 2010 such that you

3    made this choice.

4            MS. LAWSON-REMER:  Is there a question?

5    BY MS. ZEIDNER MARCUS:

6        Q    Can you explain that further?

7            MS. LAWSON-REMER:  Objection.  Vague.

8    BY MS. ZEIDNER MARCUS:

9        Q    You can answer.

10       A    In 2010, Canada had gay -- legalized gay

11   marriage.  And in 2010, the United States did not.

12       Q    Were you engaged to be married in or

13   before 2010?

14       A    Yes.

15       Q    What year did you get engaged to be

16   married?

17       A    In 2010, yeah.

18       Q    Do you recall approximately what month and

19   year you were engaged?

20       A    Yes.

21       Q    What was that?

22       A    July 2010.

23       Q    In what month and year did you move to

24   Toronto?

25       A    August of 2010.
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Andrew Mason Dvash-Banks - 12/12/2018

```
 1        A    I'd say so.  I think so.

 2        Q    At some point you got married; is that

 3    correct?

 4        A    Yes.

 5        Q    When did you get married?

 6        A    In August of 2010.

 7        Q    Where did you get married?

 8        A    In Toronto, Canada.

 9        Q    And you have children?

10        A    I do.

11        Q    EJ and AJ?

12        A    Yes.

13        Q    When were they born?

14        A    In September of 2016.

15        Q    Just over two?

16        A    Yes.

17        Q    Very cute ages.

18        A    The best.

19        Q    It keeps getting better, believe it or

20    not.  But it -- it's all great.

21             And you -- do you currently live with your

22    husband and your children?

23        A    I do, yes.

24        Q    Do you live with anybody else?

25        A    No.
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Plaintiffs' Partial Summary Judgment Exhibit C
Page 121

Andrew Mason Dvash-Banks - 12/12/2018

1       Q    Since the four of you have become a family

2  unit, have you lived with anybody else?

3       A    Since the four of us have become a family

4  unit, have we lived with anyone else?  And by "live"

5  you mean -- I just want to make sure I'm going to

6  answer the question correctly -- like, under the

7  same roof for any period of time?

8       Q    For a month or longer.

9       A    For a month or longer.  Yes, we have.

10      Q    Was it one of your parents?

11      A    Yes.

12      Q    Other than that, was there anybody else

13  that you've lived with as a family?

14      A    No.

15      Q    And approximately -- I understand that you

16  said earlier that it's hard to say exactly when you

17  moved from Toronto to the United States.  Is that

18  correct?

19      A    That's correct.

20      Q    Approximately when did you move?

21      MS. LAWSON-REMER:  Objection.  Vague.

22      THE WITNESS:  Approximately when did I

23  move.  I mean, to give you the honest answer, there

24  were several times that we moved -- moved to the

25  U.S., like, entered, resided, and went back to

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Andrew Mason Dvash-Banks - 12/12/2018

```
 1        Q    Have you lived in the United States, then,
 2   since June of 2017?
 3        A    Yes.
 4             MS. LAWSON-REMER:  Well --
 5   BY MS. ZEIDNER MARCUS:
 6        Q    And --
 7        A    I would say just -- I still had a
 8   residence in Toronto.
 9        Q    Do you still currently?
10        A    I do not currently, no.
11        Q    When did you give up that residence?
12        A    Two months ago.
13        Q    And currently you live in Los Angeles?
14        A    I do, yes.
15        Q    Have you lived in Los Angeles since June
16   2017?
17        A    Yes.
18        Q    And some of the periods of time that you
19   were back and forth in the United States prior to
20   June 2017, you were spending time in Florida; is
21   that correct?
22        A    Prior to June 2017, yes.
23        Q    Since June 2017, you've lived in L.A.?
24        A    Yes.
25        Q    Why did you go back to Toronto in
```

Page 34

Andrew Mason Dvash-Banks - 12/12/2018

```
1    BY MS. ZEIDNER MARCUS:

2         Q    Right.  I -- let me rephrase.

3              Other than the one in which you've entered

4    without EJ, the other entries that you have

5    described on the record, do those constitute, to the

6    best of your knowledge, all of the entries into the

7    United States that EJ has experienced?

8              MS. LAWSON-REMER:  In this time period or

9    ever?

10             MS. ZEIDNER MARCUS:  EJ, ever.

11             THE WITNESS:  That EJ has experienced.  To

12   the best of my knowledge, yes, that is all the times

13   that he has entered.

14   BY MS. ZEIDNER MARCUS:

15        Q    And I may have already asked this, so

16   forgive me if I did.  But the only time, to your

17   knowledge, that he was selected for secondary

18   screening was September 2018?

19        A    To best of my knowledge, yes.

20        Q    And on the other entries when you were

21   with your family, December 2016, February 2017,

22   June 2017, were any other members of your family

23   selected for secondary screening on those occasions?

24        A    No.

25        Q    At some point prior to the birth of your
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Andrew Mason Dvash-Banks - 12/12/2018

```
 1    children, you and your husband, did you and your

 2    husband decide to have children?

 3        A    At some point prior to the birth of my

 4    children?  Yeah.

 5        Q    On a general level, what considerations

 6    did you have with respect to the logistics of

 7    conceiving and having those children be born?

 8             MS. LAWSON-REMER:  Objection.  Vague.

 9             THE WITNESS:  What considerations did we

10    have with respect to our children being born?

11    Sorry.  I just want to make sure I understand the

12    question fully.

13    BY MS. ZEIDNER MARCUS:

14        Q    Sure.  Let me -- I'll rephrase.  And I'll

15    come back to this.

16             Do you recall a particular point during

17    your marriage when you and your husband decided to

18    have children?

19        A    I -- I can recall several conversations

20    that we had.

21        Q    Was there a time when you both agreed that

22    you wanted to have children?

23        A    Is there a specific time where we both

24    agreed?  Yes.

25        Q    At what point in your marriage did you
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com**

Plaintiffs' Partial Summary Judgment Exhibit C
Page 125

Andrew Mason Dvash-Banks - 12/12/2018

```
 1    I'm getting you a correct answer.
 2        Q    Did you -- do you recall if you -- the
 3    order in which you selected a surrogate and selected
 4    an egg donor?
 5        A    I do.
 6        Q    Which did you do first?
 7        A    We selected an egg donor first.
 8        Q    Generally speaking, what did that entail?
 9        A    Generally speaking, it entailed signing up
10    with the egg donation agency and reviewing egg donor
11    profiles.
12        Q    And I will represent for the record that
13    the complaint refers to use of an anonymous egg
14    donor.  Was your -- do you understand that you used
15    anonymous egg donor?
16        A    Yes.
17        Q    And did you know anything about the egg
18    donor that you selected?
19             MS. LAWSON-REMER:  Objection.  Vague.
20             You can answer.
21             THE WITNESS:  Did I know anything about
22    her?  Yes, I did know things about her.
23    BY MS. ZEIDNER MARCUS:
24        Q    Generally speaking, what did you know
25    about her?
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Andrew Mason Dvash-Banks - 12/12/2018

```
 1    twins.  And then she gave birth to my twin boys in

 2    September.  I hope that was, like, not too broad of

 3    a stroke.

 4         Q    That --

 5         A    But okay.

 6         Q    Thank you.

 7         A    Okay.

 8         Q    Have you had any other pregnancies other

 9    than this one that you just described?

10         A    I have not had any other pregnancies, no.

11         Q    And have you -- has your genetic material

12    been used to -- in conceptions that led to any other

13    pregnancies other than the one that you just

14    described?

15         A    To the best of my knowledge, no.  And I

16    hope not.

17         Q    And the -- could you describe in broad

18    strokes how you used the fertility clinic in the

19    process of having your children?

20         A    Yes.  We used the fertility -- in broad

21    strokes --

22         Q    Yes.

23         A    -- we used the fertility clinic to collect

24    our semen or sperm, to test it, to test us

25    medically, and to create embryos and to test those
```

**Ben Hyatt Certified Deposition Reporters**
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Plaintiffs' Partial Summary Judgment Exhibit C
Page 127

Andrew Mason Dvash-Banks - 12/12/2018

1    embryos and to implant the embryos in our surrogate.

2    Totally broad strokes there.

3        Q    Sure.

4            Were the embryos created after you

5    selected the surrogate and you selected each other?

6        A    No.

7        Q    At what point in time were the embryos

8    created, approximately?

9        A    In July -- the end of July 2015, beginning

10   August 2015.

11       Q    Prior to July/August 2015, you selected

12   the egg donor?

13       A    Correct.

14       Q    And you used the same egg donor for both

15   of your sons?

16       A    We only used one egg donor.  Correct.

17       Q    Do you know how many embryos were

18   implanted in the surrogate?

19       A    Yes.

20       Q    How many?

21       A    Two.

22       Q    And did you at the time of implantation

23   know whether your genetic material were -- was used

24   to create either of those two embryos?

25       A    Did I know prior to implantation?

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Plaintiffs' Partial Summary Judgment Exhibit C
Page 128

Andrew Mason Dvash-Banks - 12/12/2018

```
 1        Q    Yes.

 2        A    I believed at the time I did.

 3        Q    And what was your understanding at the

 4   time?

 5        A    From the information that was provided to

 6   me from the fertility clinic, I understood that one

 7   of the embryos had my genetic material.

 8        Q    And what was your understanding with

 9   respect to the other embryo?

10        A    It did not have my genetic material.

11        Q    Did it have your husband's genetic

12   material?

13        A    Yes.

14        Q    Okay.  Thank you.

15             I'm going to hand you something that's

16   been previously marked as Plaintiff's Exhibit 5.  I

17   may have some questions for you -- more questions

18   for you about this document later.  For now, I ask

19   you to flip towards the middle of this packet.

20        A    Uh-huh.

21        Q    Well, first, let's identify for the record

22   the front page of this document.

23        A    It says --

24             MS. LAWSON-REMER:  Is there a question?

25   / / / /
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Plaintiffs' Partial Summary Judgment Exhibit C
Page 129

Andrew Mason Dvash-Banks - 12/12/2018

1    that are also part of those materials that you

2    submitted with the initial application?

3         A    Some of them are, yes.

4         Q    And I would like to identify for the

5    record, if you can, the page spans that are -- that

6    were submitted with the materials in -- with the

7    initial application to be distinguished from

8    anything that appears in Plaintiff's Exhibit 5 that

9    is not either the application that we just

10   identified or the initial application materials.

11            So my question for you is:  Can you

12   quickly go through and identify the page spans for

13   the materials that you submitted with the initial

14   application, please.

15            MS. LAWSON-REMER:  To the extent he knows

16   or remembers?

17            MS. ZEIDNER MARCUS:  Correct.

18            MS. LAWSON-REMER:  Okay.

19            THE WITNESS:  Yeah.  Are you asking me to,

20   like --

21   BY MS. LAWSON-REMER:

22        Q    Yes.

23        A    -- say --

24        Q    Please state for the record.

25        A    Like, the -- the four-digit number at the

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Andrew Mason Dvash-Banks - 12/12/2018

```
 1    top; right?
 2         Q    Yes, please.
 3         A    From, like, the beginning of the
 4    application to where the end of the supporting
 5    documentation is?
 6         Q    I'm now -- we --
 7         A    Basically, I just -- I don't want to have
 8    to say every single number is what I'm asking you.
 9         Q    No, no.  Right, right.  Yes.  Exactly.  I
10    want the span, so --
11         A    Okay.  You want the span.  Got it.  Okay.
12         Q    I'm looking for supporting materials.
13    We've covered the application itself.
14         A    Yeah, yeah, yeah.
15         Q    The supporting materials --
16         A    Got it.
17         Q    -- where do they start, where do they end?
18         A    So supporting materials look like they
19    begin on 1764.
20         Q    Okay.
21              MS. LAWSON-REMER:  And just -- I'll just
22    make sure that I instruct you to look at every page
23    as you do this.
24              THE WITNESS:  As I do this?  Okay.  I'll
25    look at every page as I do this.
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Plaintiffs' Partial Summary Judgment Exhibit C
Page 131

Andrew Mason Dvash-Banks - 12/12/2018

```
 1            So I believe -- this is just to the best
 2   of my knowledge -- the supporting documentation
 3   finishes on page 1808.
 4   BY MS. ZEIDNER MARCUS:
 5       Q    Okay.  And just to be clear, the materials
 6   between 1764 and 1808 are materials that you
 7   submitted with the initial application?
 8            MS. LAWSON-REMER:  Inclusive of 1808?
 9            MS. ZEIDNER MARCUS:  Yes.
10            MS. LAWSON-REMER:  Okay.
11            THE WITNESS:  Yes.  To the best of my
12   knowledge, yes.
13   BY MS. ZEIDNER MARCUS:
14       Q    And we -- you skipped 1763.
15       A    I noticed that.  I didn't see a 1763 in
16   here.
17       Q    I see.
18       A    Let me just double-check again.  Yeah,
19   there's no 1763.
20       Q    Okay.  So you have just reviewed, is it
21   correct, and identified the first portion of
22   Plaintiff's Exhibit 5 as being -- as consisting of
23   your application and the supporting materials?
24            MS. LAWSON-REMER:  Objection.
25   Mischaracterizes his testimony.
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Andrew Mason Dvash-Banks - 12/12/2018

```
 1              Do you know whether the Ontario equivalent
 2    of a birth certificate for your children was revised
 3    at any point?
 4              MS. LAWSON-REMER:  Objection.  Vague.
 5              THE WITNESS:  Was the birth certificate
 6    revised?
 7    BY MS. ZEIDNER MARCUS:
 8         Q    Yeah.
 9         A    I don't -- I don't think the birth
10    certificate was revised.
11         Q    Was there some other document that -- do
12    you understand this court order to be a precursor to
13    some action that was taken with respect to your
14    children?
15              MS. LAWSON-REMER:  Objection.  Vague.
16              THE WITNESS:  Pre- -- what do you mean by
17    "precursor"?
18    BY MS. ZEIDNER MARCUS:
19         Q    Do you have any under- -- do you know the
20    result of this court order?
21         A    Yes.
22         Q    What was the result?
23         A    The result was affirming Elad and myself's
24    parentage to our twin boys.
25         Q    And -- may I borrow this?
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Plaintiffs' Partial Summary Judgment Exhibit C
Page 133

Andrew Mason Dvash-Banks - 12/12/2018

1    Exhibit 5 when he said some of the documents here.

2         MS. ZEIDNER MARCUS:  Thank you.

3         Q    Did you make one or more applications

4    during that visit?

5         A    Yes.

6         Q    How many total applications did you make

7    during that visit?

8         A    Four.

9         Q    And of those four, you made two for each

10   of your children?

11        A    Yes.

12        Q    And the application that is part of

13   Plaintiff's Exhibit 5, this is one of the four

14   applications; is that correct?

15        A    Sorry.  Say that first part again.

16        Q    Is this application -- the application in

17   the beginning of Plaintiff's Exhibit 5, is that one

18   of those four applications?

19        A    Yes.

20        Q    What else did you do to prepare for the

21   appointment in addition to collecting documents?

22        A    And making the appointment online?

23        Q    Yes.

24        A    I put our winter gear on and went to the

25   appointment.

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Plaintiffs' Partial Summary Judgment Exhibit C
Page 134

Andrew Mason Dvash-Banks - 12/12/2018

1    I'm certain it was over an hour.  I think it might

2    have been closer to two hours.  But I -- I don't

3    want to say because I don't know.  And then with the

4    kids and the screaming and dirty diapers, it's

5    like -- I mean, might as well have been eternity;

6    right?

7         Q    Yes.  I will say at another time after

8    this deposition, I'll share a story I'm recalling

9    now of a first adventure I had taking my two

10   children out and about with all those things that

11   you were just talking about.

12             And what was the next thing to happen

13   during the appointment?

14        A    You mean after that prolonged period of

15   waiting?

16        Q    Yes.

17        A    We were called up to the window.

18        Q    And was it a different window from the

19   first window that you were called up to?

20        A    Yes.

21        Q    And there was an individual on the other

22   side of the window?

23        A    Yes.

24        Q    Do you know the position that that

25   individual held?

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Plaintiffs' Partial Summary Judgment Exhibit C
Page 135

Andrew Mason Dvash-Banks - 12/12/2018

1     A    Do I know now?  I know -- I know now what
2  that person's position was at the time.
3     Q    Okay.  And what was that person's
4  position?
5     A    From my understanding, the person's
6  position was vice counsel.
7     Q    And generally speaking, you understood it
8  -- this person to be a consular officer of the
9  Department of State?
10     A    That's what I understood.
11     Q    And were you interviewed by that person?
12     A    Yes.
13     Q    And do you have a sense, generally
14  speaking, of how long the interview took until the
15  next thing happened during your appointment?
16     A    How long the interview took.  So -- I
17  mean, 30 minutes is my best guess.
18     Q    And after you and the consular officer
19  spoke, did you return to the waiting room?
20     A    No.  I don't -- I don't think we did.
21     Q    Okay.  What happened next?
22     A    I remember that consular officer walking
23  away to, like, I guess you'd call it the back room.
24     Q    Yes.
25     A    And I remember waiting at the window.

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Andrew Mason Dvash-Banks - 12/12/2018

```
 1    us was can you tell me about -- I can't, like,

 2    exactly quote her question because I don't remember

 3    exactly how she phrased, but it was something along

 4    the lines of can you tell me how you created your

 5    family or how did -- yeah.  I -- "created" is the

 6    word that I believe she used.

 7         Q    And do you recall what your response was

 8    to that question?

 9         A    I remember -- I'm trying to think.  I

10    remember telling her we used a surrogate and an egg

11    donor and created our -- our family.

12         Q    Do you remember any other questions that

13    she asked you?

14         A    Yes.

15         Q    What other questions do you remember?

16         A    There were several.  Obviously one really

17    sticks out to me just because it was a really

18    emotionally charged question.  When she asked are

19    your children genetically connected -- she asked me,

20    Andrew, are your children both genetically connected

21    to you?

22         Q    And when you say that this was an

23    emotionally charged question, what do you mean?

24         A    I guess what I mean is that it's a very

25    intrusive question that I felt at the time and I
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Andrew Mason Dvash-Banks - 12/12/2018

```
1    "differences."

2            MS. ZEIDNER MARCUS:  I'll withdraw the

3    question.  It's okay.

4        Q    During the -- do you recall whether the

5    consular officer -- either one of the consular

6    officers that you interacted with at consulate

7    Toronto became emotional during the time of your

8    visit to the consulate?

9        A    I don't believe they were emotional.

10       Q    Do you recall whether either of them

11   displayed any emotions that you perceived during

12   that time?

13           MS. LAWSON-REMER:  Objection.  Vague as to

14   "perceived."

15           THE WITNESS:  I believe their lack of

16   emotion in response to our extreme emotion, I would

17   consider that rude, in my opinion.

18   BY MS. ZEIDNER MARCUS:

19       Q    And -- and you describe your emotions

20   being extreme emotion.  Are you referring to

21   emotions that you displayed to them?

22       A    Yes.

23       Q    And can you describe how you would display

24   those emotions to the consular officer, please.

25       A    It's not every day that you walk into your
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Plaintiffs' Partial Summary Judgment Exhibit C
Page 138

Andrew Mason Dvash-Banks - 12/12/2018

```
 1    home country's consulate to be told that you're

 2    essentially not the parent of your child even though

 3    you've produced a birth certificate showing that,

 4    even though you've cut his umbilical cord, even

 5    though you have, you know, fed him and stayed up all

 6    night for -- what was that?  Like, four months at

 7    that point for him even though that you spent seven

 8    months -- unfortunately, it was seven months.  I

 9    wish it was longer -- but seven months in utero --

10    at every single appointment to have a representative

11    of your country tell you that you're not his parent

12    or question that parentage.

13             So I guess to answer your question, like,

14    my emotions and my husband's emotions were derived

15    from that.

16        Q    And do you -- did you display the emotions

17    in some way?

18        A    Yes.

19        Q    Did that include crying?

20        A    Yes.

21        Q    Did it include raising your voices?

22        A    Yes.

23        Q    What else did it include, if anything?

24        A    It included just a very overall sense of

25    despair and frustration, shock.  I mean, the list
```

Ben Hyatt Certified Deposition Reporters
888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com

Andrew Mason Dvash-Banks - 12/12/2018

```
 1        Q    And do you know what legal claims you are
 2   pursuing in connection with this litigation?
 3        A    I'm aware of -- I mean, I'm not a lawyer;
 4   right?  But I'm aware of my claims, yeah.
 5        Q    From your perspective, generally speaking,
 6   what are your claims against the Department of
 7   State?
 8        A    From my perspective, my claim against the
 9   Department of State is that my son EJ was refused
10   United States citizenship by the U.S. state
11   department.  And my claim is that -- that we were
12   wrong and treated unfairly, and that's an unfair --
13   how do I say this?  And -- and that he was refused
14   American citizenship because he's considered a child
15   born out of wedlock.  And his twin brother born four
16   minutes before him was granted American citizenship.
17             I know our claim is, like, many, many
18   pages long.  I hope I did an okay job in summarizing
19   it.
20        Q    It's not a test.
21        A    Okay.
22        Q    Do you have -- do you know whether you
23   have a claim against the Department of State
24   relating to a fundamental right that you have --
25   that you believe that you have?
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Plaintiffs' Partial Summary Judgment Exhibit C
Page 140

Andrew Mason Dvash-Banks - 12/12/2018

```
1    there ever an intention on your part for the

2    surrogate to be a parent to your -- to the twins?

3         A    Never.

4         Q    Okay.  Can you look at Plaintiff's Exhibit

5    5, please.  I will represent to you that this was --

6    this packet that's Plaintiff's Exhibit 5 was

7    attached to defendant's initial disclosures in this

8    action and was identified by defendants as the

9    passport file for EJ.  Okay?

10             If you could just turn to the page that

11   ends with the number 1767.

12        A    All right.  I'm here.

13        Q    Okay.  Do you recognize this to be a true

14   and correct copy of your marriage license?

15        A    It appears to be, yes.

16        Q    All right.  Do you have any reason to

17   doubt its authenticity?

18        A    I do not, no.

19        Q    Does it look any different from the last

20   time you saw it?

21        A    No.  I don't think so.

22        Q    Okay.  And it's a copy of the document

23   that you submitted in connection with EJ's

24   applications for CRBA and passport; is that correct?

25        A    Yes, that's correct.
```

Page 165

Andrew Mason Dvash-Banks - 12/12/2018

 1       Q    Okay.  If we could back up a little bit.
 2   In the same packet, Plaintiff's Exhibit 5, go to
 3   1764.
 4       A    Okay.  I'm here.
 5       Q    And do you recognize this to be a true and
 6   correct copy of the statement of live birth for EJ?
 7       A    It appears to be, yes.
 8       Q    And does it list you as one of his
 9   fathers?
10       A    It does, yes.
11       Q    And who does it list as the other father?
12       A    My husband.
13       Q    Okay.  Do you have any doubt as to the
14   authenticity of this document?
15       A    I do not, no.
16       Q    Do you have any -- does it look any
17   different than the last time you saw it?
18       A    It doesn't appear to, no.  I would say
19   other than the stamp from Terri N. Day at the
20   bottom.
21       Q    Other than that?
22       A    No.  It looks --
23       Q    Earlier today Ms. Marcus asked you about a
24   family in Israel.  Do you generally recall that area
25   of testimony?

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Plaintiffs' Partial Summary Judgment Exhibit C
Page 142

Andrew Mason Dvash-Banks - 12/12/2018

```
 1    was that true?

 2         A    Yes.

 3         Q    Okay.  Let's turn to page 17 of

 4    Plaintiff's Exhibit 9.  In the middle of this --

 5    this page starts with an "Interrogatory Number 2"

 6    heading.  And after that, it says "For each period

 7    of time in which you, Andrew, have been physically

 8    present in the United States, identify the addresses

 9    at which you resided and the corresponding dates for

10    which you resided at those addresses."  You see

11    that?

12         A    Yes.

13         Q    And then about halfway down the page,

14    starting on line 17 of page 17 of Plaintiff's

15    Exhibit 9, there are -- there's a statement that

16    says "Andrew resided in the United States from

17    January 18, 1981, day of his birth, to

18    October 2008."  Is that statement true and correct?

19         A    It is, yes.

20         Q    Okay.  And then the next sentence is "To

21    the best of his recollection, Andrew's cities of

22    residence and the approximate dates of his residence

23    for this period are below."  And there -- it's a

24    bulleted list of locations and times from 1981

25    through October 2008.  Do you see that?
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Plaintiffs' Partial Summary Judgment Exhibit C
Page 143

Andrew Mason Dvash-Banks - 12/12/2018

```
 1    June 2017; is that right?

 2         A    That's correct.

 3         Q    Okay.  Are you a U.S. citizen?

 4         A    Yes.

 5         Q    Were you a U.S. citizen at birth?

 6         A    Yes.

 7         Q    Is it correct that you and Elad

 8    Dvash-Banks were married on the day E▮▮ and A▮▮

 9    -- excuse me.  I'll strike that.

10              Is it correct that you and Elad were

11    married on the day EJ and AJ were born?

12         A    We were married on the day EJ and AJ were

13    born.

14         Q    And what day was that?

15         A    They were born on September 16th, 2016.

16         Q    Okay.  Does EJ live with you?

17         A    Yes.

18         Q    And -- and Elad?

19         A    Yes.

20         Q    Has he lived with you from the time he

21    left the hospital when he was born into -- to the

22    present?

23         A    Yes.

24              MS. LAWSON-REMER:  Okay.  I'll just go off

25    the record for one minute, please.
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Plaintiffs' Partial Summary Judgment Exhibit C
Page 144

Andrew Mason Dvash-Banks - 12/12/2018

```
1    UNITED STATES DISTRICT COURT           )
                                             ) ss
2    FOR THE CENTRAL DISTRICT OF CALIFORNIA  )

3             I, DONNA J. RUDOLPH, RPR, CSR No. 9652,

4    Certified Shorthand Reporter, certify:

5             That the foregoing proceedings were taken

6    before me at the time and place therein set forth,

7    at which time the witness was put under oath by me;

8             That the testimony of the witness, the

9    questions propounded, and all objections and

10   statement made at the time of the examination were

11   recorded stenographically by me and were thereafter

12   transcribed;

13            That a review of the transcript by the

14   deponent was requested;

15            That the foregoing is a true and correct

16   transcript of my shorthand notes so taken.

17            I further certify that I am not a relative

18   or employee of any attorney of the parties, nor

19   financially interested in the action.

20            I declare under penalty of perjury under

21   the laws of California that the foregoing is true

22   and correct.

23            Dated this 17th day of December, 2018.

24   _____
     DONNA J. RUDOLPH, RPR
25   CA CSR NO. 9652, NV CCR NO. 420
```

Page 178

Plaintiffs' Partial Summary Judgment Exhibit C
Page 145