# EXHIBIT G-1

U.S. Department of State
OMB NO. 1405-0011
EXPIRES: 03/31/2019
Estimated Burden: 20 minutes

**APPLICATION FOR CONSULAR REPORT OF BIRTH ABROAD OF A CITIZEN OF THE UNITED STATES OF AMERICA**

Registration Number: **DENIAL**

A. THIS SECTION TO BE COMPLETED BY THE CHILD'S PARENT(S) OR GUARDIAN(S) OR THE CHILD (USE SECTION D CONTINUATION SHEET)

### INFORMATION ABOUT THE CHILD

1. Name of Child in Full
   D[redacted]-A[redacted] (Last/Surname)   E[redacted] (First)   J[redacted] (Middle)

2. Sex: [X] M  [ ] F
3. Date of Birth: 09/16/2016 (month/day/year)
4. Place of Birth: MISSISAUGA (City), CANADA (Country)

NOTE: (If the U.S. citizen parent transmitting citizenship to the child is not present, he or she may complete State Department Form DS 5507 Affidavit of Parentage Physical Presence and Support and submit it separately. The parent completing this application should provide as much information on the parent completing the Form DS 5507 as he or she has.)

### INFORMATION ON MOTHER/FATHER/PARENT

5. Full Name: DVASH-BANKS (Last/Surname)  ANDREW (First)  MASON (Middle)
6. All Previous Legal Names Used: BANKS (Last/Surname)  ANDREW (First)  MASON (Middle)
7. Sex: [X] M  [ ] F
8. Date of Birth: [redacted]/1981
9. Place of Birth: Santa Monica (City)  CA (State/Province)  USA (Country)
10. Current Physical Address (Do not list P.O. Box) (A.P.O. Address Permitted):
    [redacted] AVE. #[redacted] (Address Line 1)
    TORONTO, ON, CANADA M6B4C6 (City, State/Province, Country, Postal Code)
    647-706-9556 (Phone Number(s))
    [redacted]@gmail.com (Email Address)
    Use this address if Consular Report of Birth will be mailed? [X] Yes  [ ] No

### INFORMATION ON MOTHER/FATHER/PARENT

11. Full Name: DVASH-BANKS (Last/Surname)  ELAD (First)  AUSTIN (Middle)
12. All Previous Legal Names Used: DVASH (Last/Surname)  ELAD (First)  (Middle)
13. Sex: [X] M  [ ] F
14. Date of Birth: [redacted]/1985
15. Place of Birth: Ramat Gan (City)  (State/Province)  ISRAEL (Country)
16. Current Physical Address (Do not list P.O. Box) (A.P.O. Address Permitted):
    [redacted] AVE. #[redacted] (Address Line 1)
    TORONTO, ON, CANADA M6B4C6 (City, State/Province, Country, Postal Code)
    647-289-4389 (Phone Number(s))
    [redacted]@gmail.com (Email Address)
    Use this address if Consular Report of Birth will be mailed? [X] Yes  [ ] No

17. Mailing Address (if different from Current Physical Address) (Do not list a P.O. Box.) (You may list an A.P.O. address)
    (Address Line 1)
    (City, State/Province, Country and Postal Code)

DS-2029
04-2016

CLASS CLEARED

Page 1 of 7

### (Continued) INFORMATION ON MOTHER/FATHER/PARENT

**18. Citizenship**
Were you a U.S. citizen or U.S. Non-Citizen National when the child was born?
☒ Yes ☐ No

### (Continued) INFORMATION ON MOTHER/FATHER/PARENT

**19. Citizenship**
Were you a U.S. citizen or U.S. Non-Citizen National when the child was born?
☐ Yes ☒ No

### MARITAL STATUS OF THE PARENTS

**20.** Were you married to the child's other biological parent when the child was born? ☒ Yes ☐ No

**21.** Date and Place of Marriage to the child's other biological parent and current status

08/19/2010  Toronto  ON  Canada
(month)(day)(year) (City) (State/Province) (Country)

☒ Still Married ☐ Divorced __/__/____ ☐ Death __/__/____

### (Continued) INFORMATION ON MOTHER/FATHER/PARENT

**22.** Please list any other marriages (Show Name(s) of Spouse(s), Dates and Current Status) if applicable (Death, Divorce, Still Married). If you have never been married, enter "None." (If additional space is needed, please use the Section D Continuation Sheet)

None

### (Continued) INFORMATION ON MOTHER/FATHER/PARENT

**23.** Please list any other marriages (Show Name(s) of Spouse(s), Dates and Current Status) if applicable (Death, Divorce, Still Married). If you have never been married, enter "None." (If additional space is needed, please use the Section D Continuation Sheet)

None

**24. Precise Periods of Time in United States**

| Place (City, State) | Date From (month-day-year) | Date To (month-day-year) |
|---|---|---|
| Port Saint Lucie, FL | 12-18-2016 | 01-21-2017 |
| Los Angeles, CA | 10-21-16 | 10-23-16 |
| Los Angeles, CA | 6-10-16 | 6-19-16 |
| Port St. Lucie, FL | 2-19-16 | 2-22-16 |
| Los Angeles, CA | 11-20-15 | 11-29-15 |
| Detroit, MI | 9-4-15 | 9-8-15 |
| New Orleans, LA | 5-21-15 | 5-24-15 |
| Los Angeles, CA | 4-16-15 | 4-23-15 |
| Port St. Lucie, FL | 1-17-15 | 1-21-15 |
| Los Angeles, CA | 11-5-14 | 11-9-14 |
| Los Angeles, CA | 1-18-81 | 6-1-92 |
| Los Angeles, CA | 9-1-92 | 12-1-00 |
| Santa Barbara, CA | 6-1-01 | 12-15-05 |
| Los Angeles, CA | 6-1-06 | 1-1-07 |
| Los Angeles, CA | 4-1-07 | 7-1-07 |

**25. Precise Periods of Time in United States**

| Place (City, State) | Date From (month-day-year) | Date To (month-day-year) |
|---|---|---|
| Port Saint Lucie, FL | 12-18-2016 | 01-21-2017 |
| Los Angeles, CA | 6-10-16 | 6-19-16 |
| Port St. Lucie, FL | 2-19-16 | 2-22-16 |
| Los Angeles, CA | 11-20-15 | 11-29-15 |
| Detroit, MI | 9-4-15 | 9-8-15 |
| Los Angeles, CA | 4-16-15 | 4-21-15 |

DS-2029
04-2016

| | *(Continued)* INFORMATION ON MOTHER/FATHER/PARENT | | | *(Continued)* INFORMATION ON MOTHER/FATHER/PARENT | |
|---|---|---|---|---|---|
| 26. Precise Periods Abroad in U.S. Armed Forces, in other U.S. Government Employment, with Qualifying International Organization, or as a dependent child of a person so employed *(Specify)* *(if additional space is needed please use the Section D Continuation Sheet)* | | | 27. Precise Periods Abroad in U.S. Armed Forces, in other U.S. Government Employment, with Qualifying International Organization, or as a dependent child of a person so employed *(Specify)* *(if additional space is needed please use the Section D Continuation Sheet)* | | |
| Branch/Agency/Org. | Date (month-day-year) From | Date (month-day-year) To | Branch/Agency/Org. | Date (month-day-year) From | Date (month-day-year) To |
| | From | To | | From | To |
| | From | To | | From | To |
| | From | To | | From | To |
| | From | To | | From | To |
| | From | To | | From | To |
| | From | To | | From | To |
| | From | To | | From | To |
| | From | To | | From | To |
| | From | To | | From | To |

**B. THIS SECTION TO BE COMPLETED BEFORE/BY CONSULAR OFFICER, NOTARY PUBLIC, OR OTHER PERSON QUALIFIED TO ADMINISTER OATH**

NOTE: If a U.S. citizen parent transmitting citizenship to the child born out of wedlock is not present, he or she may complete State Department Form DS 5507 Affidavit of Parentage Physical Presence and Support and submit separately. Only the U.S. citizen father of a child born abroad out of wedlock must complete the acknowledgement of paternity and agreement to provide financial support.

28. I _____ do solemnly swear *(or affirm)(check all that apply)*
    (Name)

☐ I am a U.S. citizen or non-citizen national.  ☐ I am the father of _____
(Name of Child)

who was born on _____ in _____ ☐ My child was born out of wedlock, and I am the
(Date of Birth)        (Place of Birth)

the father through whom he/she is claiming U.S. citizenship.  ☐ I agree to provide financial support for this child until he/she reaches the age of eighteen

_____
(Signature of Affiant)

SUBSCRIBED AND SWORN TO *(AFFIRMED)* before me this _____ day of _____ , _____

_____
(Signature and Title of Administering Officer)

(SEAL)

DS-2029
04-2016

Page 3 of 7

(Continued)

**THIS SECTION TO BE COMPLETED BEFORE/BY CONSULAR OFFICER, NOTARY PUBLIC, OR OTHER PERSON QUALIFIED TO ADMINISTER OATHS**

29. Affirmation: I SOLEMNLY SWEAR (OR AFFIRM) THAT THE STATEMENTS MADE ON THIS APPLICATION ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Name of Person(s) Providing Information: ELAD DVASH-BANKS / Andrew Dvash-Banks

Relationship to the Child (Parent, Legal Guardian, Other (Specify)): Father / Father

Signature of Person(s) Providing Information: [signatures]

Type Name and Title of Official: **TERRI N. DAY, VICE CONSUL OF THE UNITED STATES OF AMERICA**

Signature of Official: [signature]

City: TORONTO

Date: JAN 2/4 2017

Subscribed to: (SEAL)

30. Approval of Consular Report of Birth

(Printed Name of Consular Officer) _____

(Approving Post) _____

__/__/__ (month)(day)(year) (Date of Approval)

(Signature of Consular Officer): DENIAL

(Registration Number)

DS-2029
04-2016

Page 4 of 7

Case No. 2:18-cv-00523-JFW-JCx (C.D. Cal.) - Administrative Record - AR 012

Plaintiffs' Partial Summary Judgment Exhibit G-1
Page 276

**C. FOR OFFICIAL USE**

31. Documents Presented - Please mark accordingly and provide date of document. (If more space is required, list on separate page)

[✓] Child's Birth Certificate  11/09/2016  Mississauga  Ontario  Canada
(month)(day)(year)  (City)  (Province)  (Country)

[✓] Marriage Certificate  10/05/2010  __/__/__  Toronto  ____
(month)(day)(year) (month)(day)(year)  (City)  (State)
(File Date)  (Date of Issuance)

Ontario  Canada
(Province)  (Country)

[ ] Divorce Decree(s) (a) __/__/__  __/__/__  ____  ____
(month)(day)(year) (month)(day)(year)  (City)  (State)
(File Date)  (Date of Issuance)

____  ____
(Province)  (Country)

(b) __/__/__  __/__/__  ____  ____
(month)(day)(year) (month)(day)(year)  (City)  (State)
(File Date)  (Date of Issuance)

____  ____
(Province)  (Country)

(c) __/__/__  __/__/__  ____  ____
(month)(day)(year) (month)(day)(year)  (City)  (State)
(File Date)  (Date of Issuance)

____  ____
(Province)  (Country)

[ ] Death Certificate(s) (a) __/__/__  ____  ____
(month)(day)(year)  (City)  (State)

(b) __/__/__  ____  ____
(month)(day)(year)  (City)  (State)

[✓] Mother/Father/Parent's Passport  [REDACTED]  04/21/2010  Israeli citizen
(Passport Number)  (month)(day)(year)  (Nationality)
(Date of Issuance)

[✓] Mother/Father/Parent's Passport  [REDACTED]  03/23/2010  U.S citizen
(Passport Number)  (month)(day)(year)  (Nationality)
(Date of Issuance)

[ ] Other Identity Document of Mother/Father/Parent (e.g. Naturalization Certificate)  ____  ____  __/__/__
(Name of the Citizenship Document)  (Document Number)  (month)(day)(year)
(Date of Issuance)

[ ] Other Identity Document of Mother/Father/Parent (e.g. Naturalization Certificate)  ____  ____  __/__/__
(Name of the Citizenship Document)  (Document Number)  (month)(day)(year)
(Date of Issuance)

[ ] Other Identity Document of Mother/Father/Parent (e.g. Driver's License)  ____  ____  __/__/__
(Name of the Identity Document)  (Document Number)  (month)(day)(year)
(Date of Issuance)

[ ] Other Identity Document of Mother/Father/Parent (e.g. Driver's License)  ____  ____  __/__/__
(Name of the Identity Document)  (Document Number)  (month)(day)(year)
(Date of Issuance)

[✓] Other (Legal Guardianship; Power of Attorney, etc.)  custody documents  FS-16-2112 B  __/__/__
(Name of the Document)  (Document Number)  (month)(day)(year)
(Date of Issuance)

DS-2029
04-2016

Page 5 of 7



DS-2029
04-2016

Page 6 of 7

Case No. 2:18-cv-00523-JFW-JCx (C.D. Cal.) - Administrative Record - AR 014

Plaintiffs' Partial Summary Judgment Exhibit G-1
Page 278