# EXHIBIT G-2

Unauthorized Reproduction or Disclosure Prohibited

PG 405 261 919 CA

NOT ISSUED

## APPLICATION FOR A U.S. PASSPORT
Please Print Legibly Using Black Ink Only

OMB CONTROL NO. 1405-0004
OMB EXPIRATION DATE: 08-31-2019
ESTIMATED BURDEN: 85 MIN

Attention: Read WARNING on page 1 of instructions
Please select the document(s) for which you are applying:
☒ U.S. Passport Book ☐ U.S. Passport Card ☐ Both
The U.S. passport card is not valid for international air travel. For more information see page 1 of instructions.
☒ Regular Book (Standard) ☐ Large Book (Non-Standard)

RS0109003

1. Name Last: D[redacted]-B[redacted]
First: E[redacted]
Middle: J[redacted]

☐ D ☐ O ☐ Dep DOTS
End. # ___ Exp. ___

2. Date of Birth (mm/dd/yyyy): 09 16 2016
3. Sex: M ☒ F
4. Place of Birth: MISSISAUGA, ON, CANADA

5. Social Security Number: [redacted]
6. Email: [redacted]@gmail.com
7. Primary Contact Phone Number: 647 706 9556

8. Mailing Address: Line 1: [redacted] AVE
Address Line 2: APT [redacted]
City: TORONTO
State: ON
Zip Code: M6B 4C6
Country: CANADA

9. List all other names you have used.
A.
B.

**STOP! CONTINUE TO PAGE 2**
DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT

Identifying Documents - Applicant or Mother/Father/Parent on Second Signature Line (if identifying minor)
☐ Driver's License ☐ State Issued ID Card ☒ Passport ☐ Military ☐ Other
Name: Elad Dugsh
Issue Date: 04 21 2010
Exp. Date: 04 20 2020
ID No: [redacted]
Country of Issuance: Israel

Identifying Documents - Applicant or Mother/Father/Parent on Third Signature Line (if identifying minor)
☐ Driver's License ☐ State Issued ID Card ☒ Passport ☐ Military ☐ Other
Name: Andrew Mason Banks
Issue Date: 03 23 2010
Exp. Date: 03 22 2020
ID No: [redacted]
Country of Issuance: ___

☐ Acceptance Agent ☒ (Vice) Consul USA ☐ Passport Staff Agent

TERRI N. DAY
VICE CONSUL OF THE
UNITED STATES OF AMERICA

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not, since acquiring U.S. citizenship or nationality, performed any of the acts listed under "Acts or Conditions" on page four of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page one of the instructions to the application form.

Name of courier company (if applicable): ___
Facility ID Number: ___
Facility Name/Location: TORONTO
Agent ID Number: ___
Date: JAN 24 2017

Applicant's Legal Signature - age 16 and older
Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)
Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

For Issuing Office Only → Bk ___ Card ___ EF ___ Postage ___ Execution ___ Other ___

* DS 11 C 09 2013 1 *

DS-11 06-2016
Page 1 of 2

NOT ISSUED
Unauthorized Reproduction or Disclosure Prohibited

**Name of Applicant** (Last, First, & Middle): D███-B███, E███ J███
**Date of Birth** (mm/dd/yyyy): 09/16/2016

**10. Parental Information**
Mother/Father/Parent - First & Middle Name: ANDREW MASON
Last Name (at Parent's Birth): BANKS
Date of Birth: ██/██/1981
Place of Birth: Santa Monica, California USA
Sex: Male
U.S. Citizen?: Yes

Mother/Father/Parent - First & Middle Name: ELAD AUSTIN
Last Name (at Parent's Birth): DVASH
Date of Birth: ██/██/1985
Place of Birth: Ramat Gan, ISRAEL
Sex: Male
U.S. Citizen?: No

**11. Have you ever been married?** No

**12. Additional Contact Phone Number:** 647-289-4389 Cell

**15. Height:** 23"
**16. Hair Color:** Black
**17. Eye Color:** Brown
**18. Travel Plans** Departure Date: 02/08/2017
Countries to be Visited: USA, ISRAEL

**20. Emergency Contact**
Name: ANN BANKS
Address: [redacted] Cir
City: Port Saint Lucie
State: FL
Zip Code: 34986
Phone Number: 205-███████
Relationship: Grandmother

**21. Have you ever applied for or been issued a U.S. Passport Book or Passport Card?** No

---

**PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY**

Name as it appears on citizenship evidence: E███ J███ D███-B███

CLASS CLEARED

DENIED
MAR 02 2017
TORONTO

* DS 11 C 09 2013 2 *

DS-11 06-2016
Page 2 of 2

Unauthorized Reproduction or Disclosure Prohibited

NOT ISSUED

To whom it may concern:

I ▓▓▓▓ J▓▓▓ C▓▓▓ B▓▓▓▓ (print full name) declare under penalty of perjury under the laws of the United States of America that the following is true and correct: I have never been issued a Social Security Number by the Social Security Administration.

Executed on: 1/24/17
(DATE)

Signature: _____
(Sign using full name as indicated on the passport application)

**Case No. 2:18-cv-00523-JFW-JCx (C.D. Cal.) - Administrative Record - AR 070**

Reproduction Prohibited — Not for Disclosure

| | |
|---|---|
| Last Name | Sex of Child |
| First Name | Middle Name(s) |
| Date of Birth (yyyy/mm/dd): 2016/09/16 | Name of hospital (if not hospital give exact location where birth occurred): Credit Valley Hospital |
| Place of Birth (City/Town/Village/Township): Mississauga | (Regional municipality, county or district): PEEL |

**Section B – Father's Information** (see instruction #2)

- Current Legal Last Name: Dvash-Banks
- Legal Last Name at Birth: Banks
- First and Middle Name(s): Andrew Mason
- Any Other Legal Last Name(s):
- Place of Birth (City/Town/Village/Township): Santa Monica
- Place of Birth (Province/Country): California, USA
- Date of Birth: 1981 / Age: 35
- Marital Status of Parent in Section B: ☑ Married

**Section C – Father's Information** (see instruction #3)

- Current Legal Last Name: Dvash-Banks
- Legal Last Name at Birth: Dvash
- First and Middle Name(s): Elad
- Any Other Legal Last Name(s):
- Place of Birth (City/Town/Village/Township): Ramat Gan
- Place of Birth (Province/Country): Israel
- Date of Birth: 1985 / Age: 31

**Section D – Birth Information**

- Residence of Parent in Section B: [redacted] Avenue, Toronto — Postal Code: M6B4C6
- Duration of pregnancy (in weeks): 32
- Total number of children ever born to this parent including this birth: 2
- Of this Total, Number born live: 2
- Of this Total, Number stillborn: 0
- Weight of child at birth: 1350 grams
- Kind of Birth: ☑ Twin
- If multiple birth, state whether this child was born 1st, 2nd, 3rd etc.: 2nd
- Name of Attendant at Birth: Dr. Myckan, Kerry ☑ Physician

**Section E – Certification of Informant**

- Signature of Father — Date: 2016/10/08
- Signature of Father — Date: 2016/10/08
- Child's last name as shown in section A: ☑ Yes

**Section F – Office Use Only**

- Signature of Manager — Date: 2016/11/03
- Office Use Only: UPDATED GEO CODE

A True Copy of the Signed Original.

TERRI N. DAY
VICE CONSUL OF THE
UNITED STATES OF AMERICA

Alexandra Schmidt
Deputy Registrar General
Registraire générale adjointe

—CERTIFIED COPY—
NOT VALID WITHOUT ALL PAGES

Case No. 2:18-cv-00523-JFW-JCx (C.D. Cal.) - Administrative Record - AR 071

Plaintiffs' Partial Summary Judgment Exhibit G-2
Page 282

