# EXHIBIT G-3



Certified A True Photostatic Print of a Record — Ontario, Office of the Registrar General / Bureau du registraire général

Photocopie certifiée conforme d'un document — on file at the Office of the Registrar General Ontario, Canada / se trouvant dans les dossiers du Bureau du registraire général (Ontario) Canada

Registration Number / Numéro d'enregistrement: 00070270-1 2010 029232
Certificate number / Numéro du certificat: P 1338811
Date Issued / Date de délivrance: Oct 05 2010
File number / Numéro de dossier: 01076584-01-3
PAGE 1 of 1

**Ontario — Ministry of Government Services, Office of the Registrar General**

**Marriage Licence**

Licence number: E 0689966

Part 1 — To be completed by the office issuing this licence

1. Date this licence was issued (d/m/y): 19 Aug 2010
2. Municipality where licence was issued: City of Toronto
3. Name of licence issuer or deputy issuer: Catherine Masters
5. Proposed place of marriage (town/city): Toronto
6. Proposed date of marriage (d/m/y): 19 Aug 2010

Part 2 — Marriage Affidavit (Form 4)

Information about the applicant / Information about the joint applicant

7/24. Last legal name before this marriage: Banks / Dvash
8/25. First and middle names: Andrew Mason / Elad
9/26. Marital status: never married / never married
11/28. Religious denomination: Jewish / Jewish
13/29. Age: 29 / 25
Date of birth: 1981 / 1985
14/30. Province where applicant was born (if outside Canada, state the country): USA / Israel
15/31. Father's name (last, first): Banks, James Howard / Dvash, Mordehay
16/32. Mother's name (last name before marriage, first name): Mason, Ann / Abadi, Tova
17/33. Province where the applicant's father was born: Ontario / Israel
18/34. Province where the applicant's mother was born: Ontario / Israel
19. Name in full of applicant: Andrew Mason Banks
Name in full of joint applicant: Elad Dvash

Sworn/Affirmed before me at City of Toronto, in the Province of Ontario, this 19th day of August, 2010.

21. City or town: Toronto / Givatayim, Israel
Province: ON
22. Postal code: M4S 2H4 / 53482
Telephone number: 310-600-3668 / 1 723-573-2359

Part 3 — Statement of marriage (Form 2)

40. Place of marriage: Toronto Ontario
41. Date of marriage: 19 August 2010

46. Signature of person who performed marriage: Annemarie L. Bonkalo
47. Date: 19 August 2010
48. Name of person who performed marriage: Bonkalo, Annemarie Reika
Your status: Judge
50. Address: One Queen St. East Ste 2300, Box 91, Toronto ON M5C 2N5
51. Telephone number: 416-327-6824
52. Your registration number: J2492

For use of the Registrar General only:
Date: AUG 25 2010

"A True Copy of the Signed Original"

Case No. 2:18-cv-00523-JFW-JCx (C.D. Cal.) - Administrative Record - AR 019

Plaintiffs' Partial Summary Judgment Exhibit G-3
Page 284