# EXHIBIT G-5

| | | | |
|---|---|---|---|
| Ontario<br>Office of the Registrar General<br>Bureau du registraire général | Certified A True Photostatic Print of a Record<br>Photocopie certifiée conforme d'un document | on file at the Office of the Registrar General Ontario, Canada<br>déposée aux dossiers du Bureau du registraire général (Ontario) Canada | Registration Number<br>Numéro d'enregistrement<br>Certificate number: P3319402<br>Numéro de certificat<br>Date Issued<br>Date de délivrance Nov 09 2016<br>File number: 01599220-01-<br>Numéro de dossier |

**Ontario** — **ServiceOntario** — Office of the Registrar General, 189 Red River Road, PO Box 4600, Thunder Bay ON P7B 6L8

**Statement of Live Birth**
Form 2
*Vital Statistics Act*

This is a permanent legal record.
Please read all instructions before completing this form.
Type or print clearly in blue or black ink and complete all items.

**Section A - Child's Information** (see instruction #1)

- Last Name: D███ B███
- First Name: E███
- Middle Name(s): [redacted]
- Sex of Child: Male
- Date of Birth (yyyy/mm/dd): 2016/09/16
- Name of hospital: Credit Valley Hospital
- Place of Birth (City/Town/Village/Township): Mississauga
- Regional municipality, county or district: PEEL

**Section B - Father's Information** (see instruction #2)

- Current Legal Last Name: Dvash-Banks
- Legal Last Name at Birth: Banks
- First and Middle Name(s): Andrew Mason
- Place of Birth (City/Town/Village/Township): Santa Monica
- Place of Birth (Province/Country): California, USA
- Date of Birth (yyyy/mm/dd): 1981/██/██
- Age: 35

**Section C - Father's Information** (see instruction #3)

- Current Legal Last Name: Dvash-Banks
- Legal Last Name at Birth: Dvash
- First and Middle Name(s): Elad
- Place of Birth (City/Town/Village/Township): Ramat Gan
- Place of Birth (Province/Country): Israel
- Date of Birth (yyyy/mm/dd): 1985/██/██
- Age: 31

Marital Status of Parent in Section B: ☑ Married

**Section D - Birth Information**

- Residence of Parent in Section B: ███████ Avenue, Toronto
- Postal Code: M6B4C6
- Duration of pregnancy (in weeks): 32
- Total number of children ever born to this parent including this birth: 2
- Of this Total, number born live: 2
- Of this Total, number stillborn: 0
- Weight of child at birth: 1350 grams
- Kind of birth: ☑ Twin — 2nd
- Name of Attendant at birth: Dr. Myckan Kerry — ☑ Physician

**Section E - Certification of Informant**

- Signature of Father — Date: 2016/10/08
- Signature of Father — Date: 2016/10/08
- ☑ Yes — child's last name will be as shown in section A

**Section F - Office Use Only**

- Signature of Manager — Date: 2016/11/03
- UPDATED GEO CODE
- 11332E (2016/06) © Queen's Printer for Ontario, 2016

A True Copy of the Signed Original.

**TERRI N. DAY**
VICE CONSUL OF THE UNITED STATES OF AMERICA

Case No. 2:18-cv-00523-JFW-JCx (C.D. Cal.) - Administrative Record - AR 015

Alexandra Schmidt
Deputy Registrar General
Registraire générale adjointe

---CERTIFIED COPY---
NOT VALID WITHOUT ALL PAGES