# EXHIBIT G-6

**ONTARIO**
**Superior Court of Justice**
(Name of Court)
at 393 University Avenue, Toronto, Ontario M5G 1E6
(Court office address)

Court File Number: FS-16-21123

Form 25: Order (General)
[ ] Temporary
[X] Final

**Applicant(s)**

(Full legal name & address for service: street, number, municipality, postal code, telephone & fax numbers & e-mail address (if any))

Elad Dvash-Banks and
Andrew Dvash-Banks
██████ Avenue, Unit ██
Toronto, Ontario
M6B 4C6

Lawyer's name & address: street, number, municipality, postal code, telephone & fax numbers & e-mail address (if any)

Michelle Flowerday
Flowerday Law | Fertility & Family
158 McRae Drive
Toronto, Ontario M4G 1S7
T: 416.428.5511
F: 647.341.5111
E: michelle@flowerdaylaw.ca

The Honourable
_Harrison Young J._
Judge (Print or type name)

September 28, 2016
Date of order

**Respondent(s)**

Full legal name & address for service: street, number, municipality, postal code, telephone & fax numbers & e-mail address (if any)

Amanda Marie Anne Adams
██████ Avenue, Unit ██
Mississauga, Ontario
L5A 2K7

Deputy Registrar General for the
Province of Ontario
Ministry of the Attorney General
Legal Services Branch
77 Wellesley Street West
Ferguson Block, 6th Floor
Toronto, Ontario M7A 1N3

Lawyer's name & address: street, number, municipality, postal code, telephone & fax numbers & e-mail address (if any)

---

The court read an application/motion made by (name of person or persons)

The Applicants, Elad Dvash-Banks and Andrew Dvash-Banks

The following persons were in court (names of parties and lawyers in court)

Michelle Flowerday, Counsel for the Applicants

The court received evidence and heard submissions on behalf of (name or names)

The Applicants, Elad Dvash-Banks and Andrew Dvash-Banks

Under the *Children's Law Reform Act*, Section 4(1), (2) and (3), and the *Courts of Justice Act*, Section 97,

1. It is declared that the Applicants, Elad Dvash-Banks and Andrew Dvash-Banks, are the parents of the child, ████ J████ D████-B████ born September 16, 2016 ("the child"), and that the Applicants are recognized for all purposes in law to be the parents of the child.

2. It is declared that the Respondent, Amanda Marie Anne Adams, is not the mother of the child.

A True Copy of the Signed Original.

TERRI N. DAY
VICE CONSUL OF THE
UNITED STATES OF AMERICA

FLR 25 (September 1, 2005)

Case No. 2:18-cv-00523-JFW-JCx (C.D. Cal.) - Administrative Record - AR 021

Under the *Vital Statistics Act*,

3. The Deputy Registrar General for the Province of Ontario is directed to register the birth of the child so as to show the Applicants, Elad Dvash-Banks and Andrew Dvash-Banks, as the parents of the child.

Under the *Consolidated Provincial Practice Direction of the Ontario Superior Court of Justice*, Section F, Paragraphs 106 and 107,

4. Service and filing of a notice of motion or application with respect to the relief granted under paragraphs 6, 7 and 8 of this Order are dispensed with.

5. Notice to the media with respect to the relief granted under paragraphs 6, 7 and 8 of this Order is dispensed with.

Under the *Courts of Justice Act*, Section 137(2),

6. The Registrar of the Ontario Superior Court of Justice is directed to seal and treat as confidential all documents filed in this proceeding.

7. No person shall publish or make public information that has the effect of identifying either Applicant or the other persons identified in the materials filed in this proceeding.

8. The name of this proceeding shall be amended to show only the initials of the parties and the Registrar of the Ontario Superior Court of Justice is directed to amend the records accordingly.

9. The Deputy Registrar General for the Province of Ontario is directed to seal and treat as confidential the Notice of Live Birth and all other records in its possession in connection with this case, including this Order, save and except for Form 2 (Statement of Live Birth) and the Birth Certificate.

Put a line through any blank space left on this page.

Sept 28, 2016
Date of signature

[Signature]
Signature of judge or clerk of the court

TERRI N. DAY
VICE CONSUL OF THE
UNITED STATES OF AMERICA

SUPERIOR COURT OF JUSTICE
COUR SUPERIEURE DE JUSTICE
ENTERED / ENTRÉ

SEP 28 2016

per/par [signature] Justin DiGiacinto
LOCAL REGISTRAR / GREFFIER LOCAL

Case No. 2:18-cv-00523-JFW-JCx (C.D. Cal.) - Administrative Record - AR 022