# EXHIBIT G-7



30 January 2017

Petitioner: BANKS, ANDREW MASON
Beneficiary: D████ B████, E████ J████
Our reference: ████████

Collection Facility
VIAGUARD ACCU-METRICS
1232 Kingston Road
Toronto, ON
M1N 1P3
4166914167

A paternity test was performed to prove a parent / child relationship between alleged father: BANKS, ANDREW MASON and child: D████ B████, E████ J████

This is to confirm that the probability of paternity percentage of 0% represents a negative result.

The client contacted us directly. No third party vendor was used. This account is paid in full.

Thank you, Harvey Tenenbaum, Director of Operations

VIAGUARD ACCU-METRICS
Immigration and Citizenship Relationship Testing
immigration@sponsordna.com
Toll Free: 1-877-842-4827
Fax: 1-855-897-2528