Alexa M. Lawson-Remer (SBN 268855)
lawsonr@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone:   (310) 712-6600
Facsimile:    (310) 712-8800

Theodore Edelman (*pro hac vice*)
edlemant@sullcrom.com
Jessica Klein (*pro hac vice*)
kleinj@sullcrom.com
Lauren M. Goldsmith (SBN 293269)
goldsmithl@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone:   (212) 558-4000
Facsimile:    (212) 558-3588

Aaron C. Morris (*pro hac vice*)
amorris@immigrationequality.org
IMMIGRATION EQUALITY
40 Exchange Place, Suite 1300
New York, New York 10005-2744
Telephone:   (212) 714-2904

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION (LOS ANGELES)

| | |
|---|---|
| ANDREW MASON DVASH-BANKS AND E.J. D.-B.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF STATE, and THE HONORABLE MICHAEL R. POMPEO, Secretary of State,<br><br>Defendants. | Case No. 2:18-cv-00523-JFW-(JCx)<br><br>**DECLARATION OF ANDREW DVASH-BANKS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:   Hon. John F. Walter<br>Hearing Date: February 4, 2019<br>Courtroom:   7A |

I, ANDREW DVASH-BANKS, declare as follows:

1. I am one of the Plaintiffs in the above-captioned action ("Action") and submit this declaration in support of Plaintiffs' Motion for Partial Summary Judgment in the above-captioned action. I have personal knowledge of the facts set forth within this declaration. If called to testify, I would and could testify competently as to the facts described herein.

2. Attached to this declaration as Exhibit H is a true and correct copy of the Consular Report of Birth Abroad I received on or about March 2, 2017 from the United States Consulate in Toronto for my son A.J.D.-B. I understand that my counsel has produced this document to Defendants during the course of this Action with production number DVASH-BANKS00000017.

3. Attached to this declaration as Exhibit I is a true and correct copy of the Statement of Live Birth for A.J.D.-B., which I received on or about November 3, 2016 from the Ontario Office of the Registrar General. I understand that my counsel has produced this document to Defendants during the course of this Action with production number DVASH-BANKS00000034.

4. Attached to this declaration as Exhibit J is a true and correct copy of a letter dated January 24, 2017 that I received in January or February of 2017. The letter is written on the letterhead of the United States Department of State, United States Consulate General, Toronto, and is signed by Frankie Day. I understand that my counsel has produced this document to Defendants during the course of this Action with production number DVASH-BANKS00000031.

//
//
//
//
//
//

-1-

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on the 7th day of January, 2019, at Los Angeles, California.

Andrew Dvash-Banks