# EXHIBIT H





Since 1790, U.S. law has provided for transmittal of U.S. citizenship to children born abroad to a U.S. citizen parent. The U.S. citizen parent(s) must have resided or been physically present in the United States for the time required by the law in effect when the child was born. Since 1919, such births have been recorded on Form FS-240 Consular Report of Birth Abroad of a Citizen of the United States of America.

This document is a permanent record of the bearer's acquisition of U.S. citizenship. Under the provisions of Section 2705 of Title 22 of the United States Code, the Consular Report of Birth Abroad of a Citizen of the United States is proof of U.S. citizenship.

Attorneys' Eyes Only

DVASH-BANKS00000018