# EXHIBIT I



| | | | | Registration Number: Numéro d'enregistrement : | 2016  113722 PAGE 1 of 1 |
|---|---|---|---|---|---|
| Ontario Office of the Registrar General Bureau du registraire général | Certified A True Photostatic Print of a Record Photocopie certifiée conforme d'un document | on file at the Office of the Registrar General Ontario, Canada déposée aux dossiers du Bureau du registraire général (Ontario) Canada | | Certificate number: Numéro de certificat : P3319404 Date issued: Date de délivrance : File number: Numéro de dossier : | Nov 09 2016 01596220-02-4 |

Ontario — ServiceOntario

Office of the Registrar General
189 Red River Road
PO Box 4600
Thunder Bay Ont P7B 6L8

**Statement of Live Birth**
Form 2
*Vital Statistics Act*

This is a permanent legal record.
Please read all instructions before completing this form.
Type or print clearly in blue or black ink and complete all items.

**Section A - Child's Information** (see instruction #1)

Last Name: D▇▇S▇
First Name: A▇▇
Middle Name(s): J▇
Sex of Child: Male
Date of Birth (yyyy/mm/dd): 2016/09/16
Name of hospital (if not hospital give exact location where birth occurred): Credit Valley Hospital
Place of Birth (City/Town/Village/Township): Mississauga
(Regional municipality, county or district): PEEL

**Section B - Father's Information** (see instruction #2)

Current Legal Last Name: Dvash-Banks
Legal Last Name at Birth: Banks
First and Middle Name(s): Andrew Mason
Any Other Legal Last Name(s):
Place of Birth (City/Town/Village/Township): Santa Monica
Place of Birth (Province/Country): California, USA
Date of Birth (yyyy/mm/dd): 1981/▇▇
Age: 35
Marital Status of Parent in Section B: ☐ Single  ☑ Married  ☐ Common Law  ☐ Divorced  ☐ Widowed

**Section C - Father's Information** (see instruction #3)

Current Legal Last Name: Dvash-Banks
Legal Last Name at Birth: Dvash
First and Middle Name(s): Elad
Any Other Legal Last Name(s):
Place of Birth (City/Town/Village/Township): Ramat Gan
Place of Birth (Province/Country): Israel
Date of Birth (yyyy/mm/dd): 1985/▇▇
Age: 31

**Section D - Birth Information**

Residence of Parent in Section B - Complete street address (City, town, village, township - If rural give Post Office or Rural Route address):
1601 - ▇▇▇ Toronto
Postal Code: M5B4C6

Mailing Address of Parent in Section B if different from above: Postal Code:

Duration of pregnancy (in weeks): 32
Total number of children ever born to this parent including this birth: 2
Of this Total, Number born live: 2
Of this Total, Number stillborn: 0
Weight of child at birth: Grams 2320
Kind of Birth: ☐ Single  ☑ Twin  ☐ Triplet  ☐ Other
If multiple birth, state whether this child was born 1st, 2nd, 3rd, etc.: 1st

Name of Attendant at Birth: Dr. Myckan, Kerry
☑ Physician  ☐ Midwife  ☐ Other, specify

**Section E - Certification of Informant**

If you are choosing a last name that is not one of the parent's last names or combination of those names, but is in accordance with the child's cultural, ethnic, or religious heritage, check one of the following boxes.
☐ Cultural Heritage  ☐ Religious Heritage  ☐ Ethnic Heritage

I (We) certify that the statements made on this form are true and correct. I am (We are) aware that it is an offence to wilfully make a false statement on this form.
Signature of Father: X ▇▇▇  Date: 2016/10/08
I (We) have agreed that the child's last name will be as shown in Section A.
☑ Yes  ☐ No
Signature of Father: X ▇▇▇  Date: 2016/10/08
Signature of Informant (see instruction #10): X

**Section F - Office Use Only**

I approve this statement and register this birth by signing this statement.
Signature of Manager: X  Date: 2016/11/03

Office Use Only: UPDATED GEO CODE

Alexandra Schmidt
Deputy Registrar General
Registraire générale adjointe
de l'état civil

—CERTIFIED COPY—
NOT VALID WITHOUT ALL PAGES



**Attorneys' Eyes Only**

**DVASH-BANKS00000034**

Plaintiffs' Partial Summary Judgment Exhibit I
Page 327

*Alexandra Schmidt*

Alexandra Schmidt
Deputy Registrar General
Registraire générale adjointe

—CERTIFIED COPY—
NOT VALID WITHOUT ALL PAGES