# EXHIBIT J



U.S. DEPARTMENT OF STATE
U.S. CONSULATE GENERAL, TORONTO
360 University Avenue, Toronto, ON M5G 1S4 Canada
Email: torontopassport@state.gov
Website: toronto.usconsulate.gov

January 24, 2017

Mr. Andrew Dvash-Banks
135 Marlee Ave #1601
Toronto, Ontario

Dear Mr. Dvash-Banks,

I am writing in reference to your application for a U.S. passport and a Consular Report of Birth Abroad for A▇ and E▇ D▇-B▇, born on September 16, 2016, in Mississauga, Canada

The U.S. Consulate General in Toronto has considered the evidence you submitted and concluded that the blood relationship between a U.S. citizen parent and children have not been established by a preponderance of the evidence as required to support a claim to U.S. citizenship. The purpose of this letter is to provide you with information concerning DNA testing as an option to establish the requisite blood relationship between the child and the citizenship-transmitting U.S. citizen parent.

As noted above, in order to establish that both above mentioned children acquired U.S. citizenship by birth abroad to a U.S. citizen parent (and thus is eligible to apply for a CRBA and U.S. passport), the Immigration and Nationality Act (INA) of 1952, as amended, requires, among other things, proof of a blood relationship between the child and the U.S. citizen parent. Volume 22 of the Code of Federal Regulations, Section 51.40 provides that the burden of proof is upon the applicant to establish a claim to U.S. citizenship.

Should you wish to undergo DNA testing, which could conclusively establish whether both children are the biological children of a U.S. citizen parent, please review the enclosed flyer explaining DNA testing and the procedures under which the samples must be collected and the test conducted, including chain of custody procedures, in order for the results to be considered in connection with a citizenship claim. DNA testing must be conducted at a lab accredited by the American Association of Blood Banks in the United States. The laboratory conducting the tests must send the test results and an interpretation of the data to the U.S. Consulate General directly. All expenses are to be borne by the applicant, including shipping costs, and must be paid in advance.

If you choose to have DNA testing conducted in the United States, the sample collection, chain of custody procedures, and the conduct of the test must be in accordance with the joint AMA-ABA Guidelines and the guidelines set forth by the American Association of Blood Banks (AABB), as well as the guidelines of the Department of State. For DNA sample collection overseas, upon your request, the AABB accredited laboratory will provide sample collection kits, packing materials and instructions directly to the U.S. Consulate General in Toronto. DNA sample collection overseas must be done by an authorized lab technician in the presence of a designated U.S. citizen at the U.S. Consulate General Toronto, where the application is pending. The Consulate General will ship the samples directly to the AABB accredited

Plaintiffs' Deposition Exhibit 25 for ID  12-20-18  dll

Attorneys' Eyes Only

DVASH-BANKS00000031

Plaintiff's Partial Summary Judgment Exhibit J
Page 329

laboratory that you selected. Enclosed is a list of laboratories in the United States accredited by the AABB.

We appreciate you may not have considered DNA testing, but under the circumstances, it appears this may be the most expeditious way to establish children's claim to U.S. citizenship. You are, of course, free to submit any additional evidence you believe pertinent. Should you have any questions, please do not hesitate to contact us at TorontoPassport@state.gov.

Sincerely,

Frankie Day
Vice Consul

Attorneys' Eyes Only

DVASH-BANKS00000032