# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION (LOS ANGELES)

| | |
|---|---|
| ANDREW MASON DVASH-BANKS AND E.J. D.-B., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF STATE, and THE HONORABLE MICHAEL R. POMPEO, Secretary of State, <br><br> Defendants. | Case No. 2:18-cv-00523-JFW-(JCx) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Judge:          Hon. John F. Walter <br> Hearing Date: February 4, 2019 <br> Courtroom:    7A |

Plaintiffs Andrew Dvash-Banks and, by and through his guardian *ad litem*, E.J.D.-B. ("E.J." and collectively, "Plaintiffs") have moved for partial summary judgment pursuant to Federal Rule of Civil Procedure 56.

The Court, having considered all relevant submissions, documents and evidence, and having considered the arguments of counsel, and good cause

appearing therefore, finds that the undisputed facts establish that Plaintiffs prevail as a matter of law under the Due Process Clause of the Fifth Amendment and that E.J. prevails as a matter of law under 8 U.S.C. § 1503(a).

**IT IS THEREFORE ORDERED AND DECLARED THAT:**

(1) Plaintiffs' Motion for Partial Summary Judgment is GRANTED. Judgment on Plaintiffs' claim under the Due Process Clause of the Fifth Amendment is hereby entered for Plaintiffs, and judgment on the 8 U.S.C. § 1503(a) claim is hereby entered for E.J.

(2) Defendants' interpretation of Section 301 of the Immigration and Nationality Act of 1952, 8 U.S.C. § 1401, ("Section 301") to require proof of a biological relationship with a U.S. citizen is unconstitutional and unlawful, and Defendants are hereby enjoined from continuing to interpret and apply Section 301 in that manner.

(3) E.J. is a United States citizen at birth, who acquired his citizenship pursuant to Section 301(g) on September 16, 2016.

(4) Plaintiffs are hereby awarded attorneys' fees and costs as allowed by law, pursuant to 28 U.S.C. § 2412, including an award of reasonable litigation fees and costs incurred in this action.

Date: _____  _____
The Honorable John F. Walter
United States District Judge

Respectfully submitted,

By:   */s/ Alexa M. Lawson-Remer*

SULLIVAN & CROMWELL LLP
Alexa M. Lawson-Remer (268855)
lawsonr@sullcrom.com
1888 Century Park East, Suite 2100
Los Angeles, CA 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Theodore Edelman (pro hac vice)
edelmant@sullcrom.com
Jessica Klein (pro hac vice)
kleinj@sullcrom.com
Lauren M. Goldsmith (293269)
goldsmithl@sullcrom.com
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

IMMIGRATION EQUALITY
Aaron C. Morris (pro hac vice)
amorris@immigrationequality.org
40 Exchange Place, Suite 1300
New York, NY 10005-2744
Telephone: (212) 714-2904

*Attorneys for Plaintiffs*