# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION (LOS ANGELES)

|  |  |
|---|---|
| ANDREW MASON DVASH-BANKS AND E.J. D.-B., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF STATE, and THE HONORABLE MICHAEL R. POMPEO, Secretary of State, <br><br> Defendants. | Case No. 2:18-cv-00523-JFW-(JCx) <br><br> **JUDGMENT** |

Pursuant to the Court's February 21, 2019 Order Granting in Part and Denying in Part Plaintiffs' Motion for Partial Summary Judgment and Order Granting in Part and Denying in Part Defendants' Motion for Partial Summary Judgment (("Order") ECF No. 123),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT JUDGMENT** is entered in this matter as follows**:**

(1) Judgment on the 8 U.S.C. § 1503(a) claim is hereby entered for Plaintiffs for the reasons stated in the Court's Order.

(2) The Court declares that Ethan Jacob Dvash-Banks is a national and citizen of the United States who acquired U.S. citizenship at birth by operation of Section 301(g) of the Immigration and Nationality Act, 8 U.S.C. § 1401(g).

(3) The Department of State is ordered to issue to E.J. a United States passport as soon as is practicable but not later than 45 days from the date of entry of this Judgment.

(4) If E.J. and Andrew and Elad Dvash-Banks elect to apply in person for a Consular Report of Birth Abroad ("CRBA") for E.J. at the Toronto Consulate General or any other Consular Office of the State Department outside of the United States, the Department of State is ordered to issue to E.J. a CRBA as soon as practicable but not later than 45 days from the date of the consular interview in connection with that application.

(5) The Dvash-Banks family will not be charged any additional fees by the Department of State for obtaining the aforementioned passport or CRBA, having already paid these fees to the Department of State for E.J.'s initial applications, which were improperly denied.

(6) Judgment is hereby entered in favor of Defendants with respect to Plaintiffs' Administrative Procedure Act claim.

(7) Plaintiffs' claim under the Due Process Clause of the Fifth Amended is moot and is hereby dismissed with prejudice.

(8) If any elements of any of the claims asserted in this action by any party were not the subject of either summary judgment motion, the Court's Order, or this Judgment, they are similarly moot and are dismissed.

(9) The Court retains jurisdiction to adjudicate any applications for attorneys' fees and costs as allowed by law. Plaintiffs may move this Court separately for attorneys' fees and costs.

It is So Ordered.

Date: March 6, 2019

The Honorable John F. Walter
United States District Judge

Respectfully submitted,

By: /s/ Alexa Lawson-Remer
Alexa Lawson-Remer (SBN 268855)
lawsonr@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Theodore Edelman (pro hac vice)
edelmant@sullcrom.com
Jessica Klein (pro hac vice)
kleinj@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Aaron C. Morris (pro hac vice)
amorris@immigrationequality.org
IMMIGRATION EQUALITY
40 Exchange Place, Suite 1300
New York, New York, 10005-2744
Telephone: (212) 714-2904

*ATTORNEYS FOR PLAINTIFFS*