UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 25 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| E. J. D.-B., a Minor, Elad Dvash-Banks as the guardian ad litem and ANDREW MASON DVASH-BANKS,<br><br>            Plaintiffs - Appellees,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF STATE and MICHAEL POMPEO, US Secretary of State Successor Rex W. Tillerson,<br><br>            Defendants - Appellants. | No. 19-55517<br><br>D.C. No. 2:18-cv-00523-JFW-JC<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered October 09, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7