**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION (LOS ANGELES)**

| | |
|---|---|
| ANDREW MASON DVASH-BANKS, et al.,<br><br>              Plaintiffs,<br><br>    v.<br><br>ANTONY J. BLINKEN, Secretary of State, et al.,<br><br>              Defendants. | Case No. 2:18-cv-00523-JFW-(JCx)<br><br>**JOINT STATUS REPORT** |

    The parties in the above-captioned action, by and through undersigned counsel, respectfully submit this Joint Status Report relating to Plaintiffs' application for attorneys' fees and costs pursuant to subsection (d) of the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA") in accordance with their February 2, 2021 joint status report (ECF No. 141). The parties state as follows:

    1.    The parties have reached an agreement-in-principle to settle Plaintiffs' request for fees and costs in the event that the United States decides against seeking

further review of this case. Whether the United States files a petition for a writ of *certiorari* is a decision of the Acting Solicitor General, 28 C.F.R. 0.20(a), and any such petition would have to be filed in the Supreme Court by June 14, 2021.

2. The parties propose to file another joint status report within 10 days of the United States' decision on whether to seek further review of this case or by June 21, 2021, whichever is earlier.

\*\*\*

Dated: April 27, 2021                    Respectfully submitted,

By:   */s/ Alexa M. Lawson-Remer*

SULLIVAN & CROMWELL LLP
Alexa M. Lawson-Remer (268855)
lawsonr@sullcrom.com
1888 Century Park East, Suite 2100
Los Angeles, CA 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Theodore Edelman (pro hac vice)
edelmant@sullcrom.com
Jessica Klein (pro hac vice)
kleinj@sullcrom.com
Lauren M. Goldsmith (293269)
goldsmithl@sullcrom.com
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

IMMIGRATION EQUALITY
Aaron C. Morris (pro hac vice)
amorris@immigrationequality.org
40 Exchange Place, Suite 1300
New York, NY 10005-2744
Telephone: (212) 714-2904

*Attorneys for Plaintiffs*

BRIAN BOYNTON
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director

|   |   |
|---|---|
| 1 | |
| 2 | */s/ Vinita B. Andrapalliyal*<br>VINITA B. ANDRAPALLIYAL<br>Trial Attorney |
| 3 | U.S. Department of Justice, Civil Division |
| 4 | Federal Programs Branch<br>P.O. Box 883, Benjamin Franklin Station |
| 5 | Washington, DC 20530<br>Tel: (202) 305-0845 |
| 6 | Email: Vinita.b.andrapalliyal@usdoj.gov |
| 7 | |
| 8 | *Counsel for Defendants* |

-3-

**ATTESTATION**

In accordance with Local Rule 5-4.3.4(2)(i), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Vinita B. Andrapalliyal*
VINITA B. ANDRAPALLIYAL
Trial Attorney